# Exhibit 5

[blue post-it note:] Design Skin → Spigen

# Warning Letter for Prohibiting Infringement of Utility Model Rights

To: Spigen Korea, CEO Dae Young Kim
    #1709, 128 Gasan Digital-1-ro, Geumcheon-gu, Seoul (Gasan-dong, STX-V Tower)
From: Iruum Design Skin Ltd., CEO Chan Hong Park
    1 Yeonnamro-13gil, Mapo-gu, Seoul (Yeonnam-dong, Raise Building)

Agent of the receiver: Lawhas Patent Law Office, Patent Lawyer Chang Hwang Kim [seal]
    604 Building B, Samhwan Highpecs, 230 Pangyoyeok-ro, Bundang-gu, Seongnam-si, Gyeonggi-do
    Email: chkim@lawhas.com

**Subject: Request for suspension of utility model infringement**

1. We wish your company's continued success.
2. Iruum Design Skin Ltd. has obtained a utility model rights (Registered Utility Model No. 20-0472435) (Attachment 1) on April 22, 2014 regarding the design on "A Storage Type Mobile Device Case with a Sliding Cover" and has been effectively maintained its rights. In addition, it is currently proceeding to secure overseas rights by submitting a PCT application, based on the same registered utility model.
3. According to Article 23 of the Utility Model Act, a utility model rights holder has exclusive rights to execute the same registered utility model as its business. Any others may not execute (meaning producing, selling, leasing, or applying to sell or lease, etc) the technological art of the registered utility model "A Storage Type Mobile Device Case with a Sliding Cover" as a business, without permission from the utility model rights holder.
4. The reason for infringement on the product at issue and the utility model rights (refer to the claim chart in attachment 2)
   It has been discovered that your company's product SLIM ARMOR CS (for Galaxy S5) is infringing Iruum Design Skin's registered utility model number 20-0472435, and any products that include similar card storage structure other than the above product may belong to the scope of rights for the same registered utility model.
   For detailed reasons for the infringement of the utility model rights, please refer to the claim chart in attachment 2.

I certify that this mail was sent as Certified
Mail according to number 3490201008644
Dated 7-3-2014.

Postmaster, Seongnam Sampyeongdong Post Office

5. As stated in the above number 4, your product is in fact infringing Iruum Design Skin's utility model rights, and accordingly, the same utility model rights holder may execute its rights to prohibit the infringement on the rights based on Article 126 of the Patent Act that is applied in Article 30 of the Utility Model Act. However, before immediate civil and criminal legal actions are taken, we hereby request that you take the following measures.
   1) Suspend production and selling of the infringed item
   2) Provide information on accumulated production volume, sales volume, and revenue of the infringed item after April 22, 2014
   3) Provide information on monthly sales volume and inventory volume of the infringed item.

6. Iruum Design Skin does not wish this case to evolve into a dispute with your company, and Iruum is requesting the above considering the friendly competitive relationship between the two companies. However, if the request is not accepted, we would like to notify you that we will have no choice but to take civil and criminal actions, according to the Utility Model Act and the Patent Act.

7. We would like to have a reply regarding the request made in point 5 above by July 18, 2014 from your company.

[seal:] [illegible]


TRANSPERFECT

City of New York, State of New York, County of New York

I, Kelly Kim, hereby certify that the following documents are, to the best of my knowledge and belief, true and accurate translations of " 2014-07-03 실용신안침해경고장-슈피겐" and " 첨부2_실용435_슈피겐_클레임차트" from Korean to English.

Kelly Kim

Sworn to before me this

Tuesday, August 25, 2015

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Registered Utility Model 20-0472435

| | |
|---|---|
| (19) Korean Intellectual Property Office (KR) | (45) Publication Date April 28, 2014 |
| (12) Registered Utility Model Gazette (Y1) | (11) Registration No. 20-0472435 |
| | (24) Registration Date April 22, 2014 |

(51)  International Patent Classification (Int. Cl.)
    **H04B 1/38** (2006. 01)
(21) Application Number **20-2013-0009630**
(22) Application Date **November 22, 2013**
    Examination Request Date **November 22, 2013**
(56) Preceding Technology Research Literature
    KR101246791 B1*
    KR1020090104946 A*
    *Documents cited by an examiner

(73) Holder of Utility Model Rights
    **Irum Designskin Inc.**
    3rd floor, 10 Yanghwa-ro 18an-
    gil, Mapo-gu, Seoul, (Donggyo-dong)
(72) Inventor
    **Chan-Hong Park**
    101-703, 125 Donggyo-ro 3-gil, Mapo-gu, Seoul,
    (Mangweon-dong, Hyunjin Everville)
(74) Agent
    **Chang-Hwan Kim**

Total Claims: Total of 4 Claims                                              Examiner: Jeong-Geun Park

(54) Title of the Device: Card Storage Type Mobile Device Case with a Slide Cover

*(57) Abstract*

        Presented here is a card storage type mobile device case. The mobile device case, according to one aspect of this design, is comprised of a case body with a device receiving part that receives the mobile device on one side; a slide cover that joins to allow opening and closing on the opposite side of the aforementioned case body's aforementioned device receiver; a recessed card storage on at least one side of the two surfaces of the aforementioned case body and aforementioned slide cover that face each other. The mobile device case, according to another aspect of this design, is comprised of the 1st body that has a device receiver that receives a mobile device on one side; the 2nd body that joins the opposite side of the aforementioned receiver body's device receiver and has a recessed card storage; and a slide cover that joins via a slide method to allow the opening and closing of the aforementioned card storage on the aforementioned 1st body.

*Abstract Figure – Diagram 1*



*The Scope of Utility Model Registration Claims*

**Claim 1**

Deleted

**Claim 2**

Deleted

**Claim 3**

Deleted

**Claim 4**

Deleted

**Claim 5**

Deleted

**Claim 6**

A mobile case that is characterized by being comprised of

a 1st body that has a device receiver that receives the mobile device on one side,

a 2nd body that is joins the opposite side of the aforementioned 1st body's aforementioned device receiver and has a recessed card storage;

and includes a slide cover that joins the aforementioned 2nd body to allow the opening and closing of the aforementioned card storage via a slide method,

and a 2nd body that formed in a synthetic resin that is relatively harder than the aforementioned 1st body.

**Claim 7**

With regard to Claim 6,

a mobile case

that is characterized by being equipped with a slide rail with an under cut form on the two outer walls of the aforementioned card storage in the aforementioned 2nd body.

**Claim 8**

With regard to Claim 6,

a mobile case

that is characterized by the aforementioned 2nd body and the aforementioned slide cover being formed with the same synthetic resin.

**Claim 9**

Registered Utility Model 20-0472435

With regard to Claim 6,

a mobile case that is characterized by the fact that

the aforementioned 1st body is made with polyurethane or silicone rubber,

and the aforementioned 2nd body is made with polycarbonate or ABS resin.

**Claim 10**

Deleted

*Specifications*

*Technical Field*

[0001]   This design, pertains to a mobile case, and more specifically pertains to a mobile case that protects a mobile device such as a smartphone from external shock, and provides user convenience.

*Technological Background*

[0002]   Since the universalization of portable phones, various other types of portable devices such as portable multimedia players (PMP, portable multimedia player), PDA (personal digital assistants), portable DMB TVs, portable game devices, and electronic dictionaries have been utilized. With the recent emergence of smartphones, there has been a trend where various existing portable devices are being integrated into one smartphone.

[0003]   While portability has improved with the integration of various functions into one device such as a smartphone, the price of devices has increased. Therefore, there is an increased need to protect mobile devices from unexpected situations such as shock from dropping them, and the usage of smartphone cases, such as bumpers, has become widespread.

[0004]   Meanwhile, many individuals have started carrying mobile devices such as smartphones at all times as dependency on smartphones has increased in daily life. In a situation where the use of credit cards or debit cards is universal, there are increased demands from people who want to go out carrying just one or two cards and a smartphone instead of a wallet.

[0005]   Although smartphone cases, such as flip-type covers made of leather, etc., have been released to meet such demands, these demands that pursue a more simple and elegant appearance with the safety and durability of card storage have not been satisfied. Also, a portable device case with a slide cover has been released as shown in the preceding patent literature, but a configuration that can simultaneously provide the convenience and durability that users need, with an elegant appearance has not been presented to this date.

[0006]

*Preceding Technology Literature*

*Patent Literature*

[0007]   (Patent Literature 0001) Republic of Korea Registration Patent Gazette 10-1297532

*Details of the Design*

*The Problem that this Design Attempts to Solve*

[0008]   In response to the aforementioned demand, the purpose of this design is to provide a card storage mobile device case with a slide cover that can protect mobile devices such as smartphones, can store cards such as credit cards securely, and has a configuration that can simultaneously provide convenience and an elegant appearance.

*Method for Solving the Problem*

[0009]   In order to solve the aforementioned problem, the mobile device case, according to one aspect of this design, is comprised of a case body that has a device receiving part that receives the mobile device on one side; a slide cover that joins to allow opening and closing on the opposite side of the aforementioned case body's aforementioned device receiver; and a recessed card storage on at least one side of the two surfaces of the aforementioned case body and aforementioned slide cover that face each other.

[0010]   The aforementioned card storage may be formed in a recessed groove on the aforementioned case body.

[0011]   A slide rail with an undercut (under cut) form on the two outer walls of the aforementioned card storage may be equipped.

[0012]   A bevel that connects to the aforementioned recessed groove on the aforementioned card storage's lower side wall may be created.

[0013]   The mobile device case, according to another aspect of this design, is comprised of a 1st body that has a device receiver that receives the mobile device; a 2nd body that joins the opposite side of the aforementioned receiver body's device receiver and has a recessed card storage; a slide cover that joins to allow the opening and closing of the aforementioned card storage on the aforementioned 1st body via a slide method.

[0014]   The aforementioned 2nd body may be created in a synthetic resin of relatively higher hardness than the aforementioned 1st body.

[0015]   A slide rail built in an undercut (under cut) form on two outer walls of the aforementioned card storage may be equipped in the aforementioned 2nd body.

[0016]   The aforementioned 2nd body and the aforementioned card storage may be made with the same synthetic resin.

[0017]   Meanwhile, the aforementioned 1st body can be made of polyurethane or silicon rubber, and the aforementioned 2nd body may be made with polycarbonate or ABS resin.

[0018]   A bevel that connects to the aforementioned recessed groove on the aforementioned card storage's lower side wall may be formed on the aforementioned 2nd body.

*Effect of the Design*

[0019]   According to this design, it has effects that protect mobile devices such as smartphones, securely store cards such as credit cards, and provide a card storage type mobile device case that has a slide cover with a configuration that can provide convenience and an elegant appearance.

*Brief Description of the Diagrams*

[0020]   Diagram 1 is a perspective view that shows the mobile case's slide cover in an opened state, according to this design's application example.

Diagram 2 is a disassembled perspective view that shows the slide cover from the aforementioned application example in Diagram 1 in a disassembled state.

Diagram 3 is a sectional view that shows the cross section of the aforementioned Diagram 2's III-III'.

Diagram 4 is a perspective view of a mobile device case viewed from the device receiver, according to the aforementioned application example in Diagram 1.

Diagram 5 is a side view of the aforementioned application example in Diagram 1, viewed from the right side of the slide cover.

*Specific Details of the Application of this Design*

[0021]   This design's application example will be described below using the attached diagrams. The application example that will be described below can be modified into various forms, and this design's scope is not limited to the application examples below or the mentioned modification example. This invention's application example is provided in order to clearly convey the invention's technical ideologies to persons with general knowledge in the relevant field.

[0022]   Diagram 1 is a perspective view that shows the mobile case's slide cover in an opened state according to this design's one application example. A mobile device case according to this design has a case body (100) that receives the mobile device, a slide cover (130) that joins the aforementioned case body (100) to allow opening and closing via a slide method, and a card storage (110) that is created to be able to store at least one card in between the aforementioned case body (100) and the aforementioned slide cover (130).

[0023]   In this application example, the aforementioned card storage (110) may be created on one side of the aforementioned case body (100), more specifically in a recessed slot that fits the form of a card that is to be stored on the opposite side of the device receiver that receives a mobile device. In contrast, in a case where the aforementioned slide cover (130) has sufficient thickness, it can also be formed inside of the aforementioned slide cover (130) in the form of a recessed slot.

[0024]   As it pertains to this application example, walls that protrude towards the aforementioned slide cover (130) further than the bottom surface of the aforementioned card storage (110) are formed on both sides and the lower part of the aforementioned card storage (110) from the mobile device case. Although not shown in detail in this Diagram, a slide rail that guides the movement of sliding motion of the aforementioned slide cover (130) can be built on both side walls (112). On the bottom side walls in the lower part of the aforementioned card storage (110), a bevel (113) may be formed to allow a user's finger (mainly the fingernail part) to easily reach the side of a card when taking out a stored card. More bottom slot (114) may be formed on the bottom surface of the aforementioned card storage (110) that is close to the aforementioned bevel (113). The aforementioned bottom slot (114) provides a space that allows the entry of the user's fingernail etc., under the lower part of a stored card, which helps the user take out a card with ease by lifting the card.

[0025]   Meanwhile, a hole or a button is provided in places of the aforementioned slide cover (130) and the aforementioned case body (100) to avoid interference while using the received mobile device. For example, on the upper part of the aforementioned slide cover (130) is a camera hole (136) that exposes the mobile device's camera and flash to the outside, and on the side of the aforementioned case body (100) are buttons (118) that move flexibly in correspondence with the mobile device's buttons and an interface hole (117) for power or connecting external devices. For such holes, the location or form of buttons will differ according to the type of mobile device to be received.

[0026]   Diagram 2 is a disassembled perspective view of the slide cover in the application example of Diagram 1 in a disassembled state. In this diagram, the inner structure of the aforementioned slide case (130) of the aforementioned case body (100) can be seen. A camera hole (116) is provided to accommodate the aforementioned camera hole (136) in the aforementioned case body (100). The aforementioned case body (100) can be comprised of two parts made of different materials. In other words, it can be comprised of the 1st body (101) that has a device receiver that receives the mobile device in the rear of this diagram and the 2nd body (102) with a side that faces the aforementioned slide cover (130). These can each be molded and attached or be formed as one unit through methods such as insert injection.

[0027]   The above described recessed groove card storage (110) and both side walls (112), etc. may be arranged in the 2nd body (102). Unlike the application example, in order to deepen the depth of the aforementioned card storage (110), the part that corresponds to the aforementioned card storage (110) in the aforementioned 2nd body (102) was pierced so that one side of the exposed 1st body (101) would form the floor of the aforementioned card storage (110).

[0028]   In terms of material, the aforementioned 1st body (101) may be created using materials such as synthetic resins that provide a buffer effect that can protect the received mobile device from external shock from falling, for example, polyurethane or silicone rubber. The aforementioned 2nd body (102) can be made with materials that are relatively higher in hardness than the aforementioned 1st body (101) and can be made with the same material as the aforementioned slide cover (130). Examples of appropriate materials may be synthetic resins such as polycarbonate resin and ABS (acrylonitrile-butadiene-styrene) resins. When using the mobile device case according to this design, high friction and weight is applied on the aforementioned 2nd body (102) and the aforementioned slide cover (130) as a result of the opening and closing motion of the aforementioned slide cover (130). Therefore, material with sufficient level of hardness that can withstand this pressure is required. However, other materials can be used to fulfill these necessities.

[0029]   Meanwhile, there may be a bump (115) that protrudes on the aforementioned slide cover (130) side outside of the card storage (110) unit on the side that faces the aforementioned slide cover (130) of the aforementioned 2nd body (102). Though not pictured, the aforementioned guide bump (115) can guide the movement of the aforementioned slide cover (130) alongside the guide groove (not pictured), which is arranged to correspond with the aforementioned guide bump (115) at least for the length of the sliding section within the aforementioned slide cover (130). This type of structure can prevent damage to both side walls (112) of the aforementioned card storage (110) by diffusing the lateral load of the vertical substance that is applied in the sliding direction in the aforementioned slide cover (130).

[0030]   Diagram 3 is a sectional diagram that shows the III-III' cross section of the aforementioned Diagram 2. The diagram shows that the aforementioned case body (100) is comprised of a 1st body (101) with the device receiver (103) and the 2nd body (102). The aforementioned 2nd body (102) is comprised of a card storage and has walls on both sides (112) that are formed into slide rails (1121) in an under cut form on the outside. In the slide cover (130) is a slide bump (131) that interlocks with the aforementioned slide rails (1121) and moves in a sliding direction.

[0031]   Diagram 4 is a perspective view of the mobile case in the application example of the aforementioned diagram 1 from the perspective of the device receiver. When a mobile device such as a smartphone is placed inside the aforementioned device receiver (103) of the 1st body (101), the elasticity of the aforementioned 1st body's (101) material can support the mobile device so that it does not break away.

[0032]   Diagram 5 is a side view of the slide cover in the application example of the aforementioned diagram 1 from the right side. When the slide cover (130) is closed, it can be seen that the aforementioned side cover (130), the side of the 2nd body (102), and the side of the 1st body (101) creates 3 layers. However, unlike this application example, it the side of the aforementioned slide cover (130) may cover the side of the aforementioned 2nd body (102), and when the aforementioned 1st body (101) and the aforementioned 2nd body (102) are made of 1 body of the same material, there may be two layers comprised of a slide cover (130) and the case body (100) made of 1 body.

*Explanation of Diagram Codes*

100: Case body

101: 1st body          102: 2nd body

110: Card storage                112: Side wall

1121: Slide rail          113: Bevel

114: Bottom groove                130: Slide cover

*Diagrams*

*Diagram 1*



*Diagram 2*



*Diagram 3*



*Diagram 4*



Registered Utility Model 20-0472435

*Diagram 5*





TRANSPERFECT

City of New York, State of New York, County of New York

I, Kelly Kim, hereby certify that the following document is, to the best of my knowledge and belief, a true and accurate translation of " Reg. Utility Model (KR-Registered Utility Model) 20-0472435" from Korean to English.

Kelly Kim

Sworn to before me this

Monday, August 24, 2015

Signature Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2018

Stamp, Notary Public

등록실용신안 20-0472435



| | |
|---|---|
| (19) 대한민국특허청(KR)<br>(12) 등록실용신안공보(Y1) | (45) 공고일자   2014년04월28일<br>(11) 등록번호   20-0472435<br>(24) 등록일자   2014년04월22일 |

(51) 국제특허분류(Int. Cl.)
 *H04B 1/38* (2006.01)
(21) 출원번호   20-2013-0009630
(22) 출원일자   2013년11월22일
 심사청구일자   2013년11월22일
(56) 선행기술조사문헌
 KR101246791 B1*
 KR1020090104946 A*
 *는 심사관에 의하여 인용된 문헌

(73) 실용신안권자
 이뮴디자인스킨 주식회사
 서울특별시 마포구  양화로18안길  10 ,3층(동교동)

(72) 고안자
 박찬홍
 서울특별시 마포구 동교로3길 125, 101동 703호 (망원동, 현진에버빌)

(74) 대리인
 김창환

전체 청구항 수 : 총  4  항                                                                심사관 :   박정근

(54) 고안의 명칭 슬라이드 커버를 갖는 카드 수납형 모바일기기 케이스

(57) 요 약

슬라이드 커버를 갖는 카드 수납형 모바일기기 케이스가 개시된다. 본 고안의 한 측면에 따른 모바일기기 케이스는, 일측에 모바일기기를 수용하는 기기 수용부를 가지는 케이스 몸체; 상기 케이스 몸체의 상기 기기 수용부의 반대편에 슬라이드 방식으로 개폐 가능하게 결합되는 슬라이드 커버; 및 상기 케이스 몸체 및 상기 슬라이드 커버의 서로 마주보는 두 면중 적어도 하나에 오목하게 형성된 카드 수납부를 포함한다. 본 고안의 다른 한 측면에 따른 모바일기기 케이스는, 일측에 모바일기기를 수용하는 기기 수용부를 가지는 제1몸체부; 상기 수용부 몸체의 기기 수용부 반대편에 고정 결합되고, 오목하게 형성된 카드 수납부를 갖는 제2몸체부; 및 상기 제1몸체부에 상기 카드 수납부를 개폐할 수 있도록 슬라이드 방식으로 결합되는 슬라이드 커버를 포함한다.

대 표 도 - 도1



등록실용신안 20-0472435

*실용신안 등록청구의 범위*

**청구항 1**

삭제

**청구항 2**

삭제

**청구항 3**

삭제

**청구항 4**

삭제

**청구항 5**

삭제

**청구항 6**

일측에 모바일기기를 수용하는 기기 수용부를 가지는 제1몸체부;

상기 제1몸체부의 상기 기기 수용부 반대편에 고정 결합되고, 오목하게 형성된 카드 수납부를 갖는 제2몸체부; 및

슬라이드 방식으로 상기 카드 수납부를 개폐할 수 있도록 상기 제2몸체부에  결합되는 슬라이드 커버를 포함하고,

상기 제2몸체부는 상기 제1몸체부보다 상대적으로 경도가 높은 합성수지로 형성된 것을 특징으로 하는,

모바일기기 케이스.

**청구항 7**

청구항 6에 있어서,

상기 제2몸체부에서 상기 카드 수납부의 양 측벽 외측에는 언더 컷(under cut) 형태로 형성된 슬라이드 레일이 구비된 것을 특징으로 하는,

모바일기기 케이스.

**청구항 8**

청구항 6에 있어서,

상기 제2몸체부와 상기 슬라이드 커버는 동일한 합성수지로 형성된 것을 특징으로 하는,

모바일기기 케이스

**청구항 9**

청구항 6에 있어서,

상기 제1몸체부는 폴리우레탄 또는 실리콘러버로 형성되고,

상기 제2몸체부는 폴리카보네이트 또는 ABS수지로 형성된 것을 특징으로 하는,

모바일기기 케이스.

청구항 10

삭제

## 명 세 서

### 기 술 분 야

0001]   본 고안은 모바일기기 케이스에 관한 것으로, 좀 더 상세하게는 스마트폰 등의 모바일기기를 외부 충격으로부터 보호함과 동시에 사용자 편의성을 제공하는 모바일기기 케이스에 관한 것이다.

### 배 경 기 술

0002]   휴대 전화가 보편화 된 이래로 휴대용 멀티미디어 플레이어(PMP, portable multimedia player), PDA(personal digital assistants), 휴대용 DMB TV, 휴대용 게임기, 전자사전 등 많은 종류의 휴대용 기기들이 이용되어 왔다. 최근에는 스마트폰의 출현으로 기존의 다양한 휴대용 기기들의 스마트폰 하나에 통합되는 추세이다.

0003]   다양한 기능들이 스마트폰과 같은 하나의 모바일기기에 통합되면서 휴대성이 좋아진 반면, 기기의 가격이 높아졌다. 이로 인해 낙하에 의한 충격 등 돌발적인 상황으로부터 모바일기기를 보호해야할 필요성이 커졌고, 범퍼 등의 스마트폰 케이스를 사용하는 것이 보편화되고 있다.

0004]   한편, 일상생활에서 스마트폰에 대한 의존도가 높아지면서 많은 사람들이 스마트폰과 같은 모바일기기를 항상 휴대하게 되었다. 신용카드 또는 체크카드 사용이 보편화 된 상황에서 지갑 대신 한두 장의 카드와 스마트폰만을 간단히 휴대하고 단출하게 외출하려는 사람들의 요구도 많아지고 있다.

0005]   이러한 요구를 반영하여 가죽 케이스 등 플립형의 커버에 카드를 수납할 수 있도록 한 스마트폰 케이스가 출시되었으나, 좀 더 단순하고 미려한 외관과 카드 수납의 안전성 및 내구성을 동시에 추구하는 요구를 충분히 충족시키지 못하고 있다. 또한, 슬라이드 커버를 갖는 휴대기기 케이스도 선행특허문헌으로 개시된 바 있으나, 사용자에게 필요한 편의성과 내구성, 그리고 미려한 외관을 동시에 제공할 수 있는 구성은 아직까지 제시되지 않고 있다.

0006]

### 선행기술문헌

### 특허문헌

0007]   (특허문헌 0001) 대한민국 등록특허공보 10-1297532

### 고안의 내용

### 해결하려는 과제

0008]   전술한 요구에 부응하여, 본 고안은 스마트폰 등의 모바일기기를 보호할 수 있고, 신용카드 등의 카드를 안정적으로 수납할 수 있으면서, 사용 편의성과 미려한 외관을 동시에 제공할 수 있는 구성의, 슬라이드 커버를 갖는 카드 수납형 모바일기기 케이스를 제공하는 데에 그 목적이 있다.

### 과제의 해결 수단

0009]   전술한 과제의 해결을 위하여, 본 고안의 한 측면에 따른 모바일기기 케이스는, 일측에 모바일기기를 수용하는 기기 수용부를 가지는 케이스 몸체; 상기 케이스 몸체의 상기 기기 수용부의 반대편에 슬라이드 방식으로 개폐 가능하게 결합되는 슬라이드 커버; 및 상기 케이스 몸체 및 상기 슬라이드 커버의 서로 마주보는 두 면중 적어도 하나에 오목하게 형성된 카드 수납부를 포함한다.

0010]   상기 카드 수납부는 상기 케이스 몸체에 오목한 홈의 형태로 형성된 것일 수 있다.

0011]   상기 카드 수납부의 양 측벽 외측에는 언더 컷(under cut) 형태로 형성된 슬라이드 레일이 구비될 수 있다.

0012]   상기 카드 수납부의 하단 측벽에는 상기 오목한 홈으로 연결되는 빗면부가 형성될 수 있다.

0013]   본 고안의 다른 한 측면에 따른 모바일기기 케이스는, 일측에 모바일기기를 수용하는 기기 수용부를 가지는 제1몸체부; 상기 수용부 몸체의 기기 수용부 반대편에 고정 결합되고, 오목하게 형성된 카드 수납부를 갖는 제2몸체부; 및 상기 제1몸체부에 상기 카드 수납부를 개폐할 수 있도록 슬라이드 방식으로 결합되는 슬라이드 커버를 포함한다.

0014]   상기 제2몸체부는 상기 제1몸체부보다 상대적으로 경도가 높은 합성수지로 형성된 것일 수 있다.

0015]   상기 제2몸체부에서 상기 카드 수납부의 양 측벽 외측에는 언더 컷(under cut) 형태로 형성된 슬라이드 레일이 구비될 수 있다.

0016]   상기 제2몸체부와 상기 슬라이드 커버는 동일한 합성수지로 형성될 수 있다.

0017]   한편, 상기 제1몸체부는 폴리우레탄 또는 실리콘러버로 형성되고, 상기 제2몸체부는 폴리카보네이트 또는 ABS수지로 형성된 것일 수 있다.

0018]   상기 제2몸체부에서 상기 카드 수납부의 하단 측벽에는 상기 오목한 홈으로 연결되는 빗면부가 형성될 수 있다.

*고안의 효과*

0019]   본 고안에 따르면, 스마트폰 등의 모바일기기를 보호할 수 있고, 신용카드 등의 카드를 안정적으로 수납할 수 있으면서, 사용 편의성과 미려한 외관을 동시에 제공할 수 있는 구성의, 슬라이드 커버를 갖는 카드 수납형 모바일기기 케이스를 제공하는 효과가 있다.

*도면의 간단한 설명*

0020]   도 1은 본 고안의 한 실시예에 따른 모바일기기 케이스의 슬라이드 커버가 개방된 상태를 보이는 사시도이다.

도 2는 상기 도 1의 실시예에서 슬라이드 커버가 분리된 상태를 보이는 분해사시도이다.

도 3은 상기 도 2의 Ⅲ-Ⅲ' 단면을 보이는 단면도이다.

도 4는 상기 도 1의 실시예에 따른 모바일기기 케이스를 기기 수용부 측에서 본 사시도이다.

도 5는 상기 도 1의 실시예를 슬라이드 커버의 우측에서 본 측면도이다.

*고안을 실시하기 위한 구체적인 내용*

0021]   이하에서는 첨부한 도면을 참조하여 본 고안의 실시예를 설명한다. 다음에서 설명되는 실시예는 여러 가지 다양한 형태로 변형할 수 있으며, 본 고안의 범위가 아래의 실시예나 언급된 변형 예에 한정되는 것은 아니다. 본 발명의 실시예는 해당 분야에서 통상의 지식을 가진 자에게 발명의 기술적 사상을 명확히 전달하기 위하여 제공된다.

0022]   도 1은 본 고안의 한 실시예에 따른 모바일기기 케이스의 슬라이드 커버가 개방된 상태를 보이는 사시도이다. 본 고안에 따른 모바일기기 케이스는 모바일기기가 수용되는 케이스 몸체(100)와 상기 케이스 몸체(100)에 슬라이드 방식으로 개폐 가능하게 결합된 슬라이드 커버(130), 그리고 상기 케이스 몸체(100)와 상기 슬라이드 커버(130) 사이에 신용카드 등의 카드가 적어도 한 장 이상 수납될 수 있도록 형성된 카드 수납부(110)를 갖는다.

0023]   본 실시예에서 상기 카드 수납부(110)는 상기 케이스 몸체(100)의 일면에, 좀 더 구체적으로는 모바일기기가 수용되는 기기 수용부의 반대쪽 면에 수납하고자 하는 카드의 형상에 맞는 오목한 홈의 형태로 형성될 수 있다. 이와 달리, 상기 슬라이드 커버(130)가 충분한 두께를 갖는 경우에는, 상기 슬라이드 커버(130)의 내측에 오목한 홈의 형태로 형성될 수도 있다.

0024]   본 실시예에 따른 모바일기기 케이스에서 상기 카드 수납부(110)의 양 옆과 하단부에는 상기 카드 수납부(110)의 바닥면보다 상기 슬라이드 커버(130)를 향해 돌출된 측벽들이 형성된다. 본 도면에 상세히 표현되지는 않았으나, 양 측벽(112)에는 상기 슬라이드 커버(130)의 슬라이드 동작을 가이드하는 슬라이드 레일이 형성될 수 있다. 상기 카드 수납부(110) 하단 측의 하단부 측벽에는, 수납된 카드를 꺼낼 때 사용자의 손가락(주로 손톱 부분)이 용이하게 카드의 측면에 닿을 수 있도록 빗면부(113)가 형성될 수 있다. 상기 카드 수용부(110)의 바닥면

에 상기 빗면부(113)에 가까운 부분에는 바닥홈(114)이 더 형성될 수 있다. 상기 바닥홈(114)은 사용자의 손톱 등이 수납된 카드의 아랫면으로 진입할 수 있는 공간을 제공하여, 카드를 꺼낼 때 사용자가 카드를 들어올려 용이하게 꺼낼 수 있도록 돕는다.

0025]     한편, 상기 슬라이드 커버(130) 및 상기 케이스 몸체(100)의 곳곳에는 수용된 모바일기기의 활용에 지장이 없도록 홀(hole) 또는 버튼부가 제공된다. 예컨대, 상기 슬라이드 커버(130)의 상부에는 모바일기기 카메라 및 플래쉬를 외부로 노출시켜주는 카메라 홀(136)이, 상기 케이스 몸체(100)의 측면에는 모바일기기의 버튼에 대응되어 유연하게 움직이는 버튼부(118) 및 전원 또는 외부 기기와의 연결을 위한인터페이스 홀(117) 등이 마련된다. 이러한 구멍 또는 버튼부의 위치나 형태 등은 수용하고자하는 모바일기기의 종류에 따라 달라진다.

0026]     도 2는 상기 도 1의 실시예에서 슬라이드 커버가 분리된 상태를 보이는 분해사시도이다. 본 도면은 상기 케이스 몸체(100)의 상기 슬라이드 커버(130) 케이스(130) 내측 면의 구조를 보인다. 상기 케이스 몸체(100)에도 상기 카메라 홀(136)에 대응되는 카메라 홀(116)이 제공된다. 상기 케이스 몸체(100)는 서로 다른 재질의 두 부분으로 이루어질 수 있다. 즉, 본 도면의 배면측에 모바일기기를 수용하는 기기 수용부를 갖는 제1몸체부(101)와 상기 슬라이드 커버(130)와 마주보는 쪽의 제2몸체부(102)로 이루어질 수 있다. 이들은 각각 성형되어 부착되거나, 인서트 사출 등의 방법을 통해 일체로 형성될 수도 있다.

0027]     전술한 오목한 홈 형태의 카드 수납부(110) 및 양 측벽(112) 등은 제2몸체부(102)에 마련될 수 있다. 본 실시예와 달리, 상기 카드 수납부(110)의 깊이를 더 깊게 하기 위해서는 상기 제2몸체부(102)에서 상기 카드 수납부(110)에 해당하는 부분을 뚫어서 노출된 제1몸체부(101)의 일면이 상기 카드 수납부(110)의 바닥면을 이루도록 할 수도 있다.

0028]     재질 측면에서, 상기 제1몸체부(101)는 낙하 등에 의한 외부 충격으로부터 수용된 모바일기기를 보호할 수 있도록 완충 효과가 있는 소재로, 예컨대 폴리우레탄(polyurethane) 또는 실리콘러버(silicone rubber) 등의 합성수지로 형성될 수 있다. 상기 제2몸체부(102)는 상기 제1몸체부(101)보다 상대적으로 경도가 높은 소재로 이루어질 수 있으며, 상기 슬라이드 커버(130)와 동일한 소재로 이루어질 수 있다. 적합한 소재의 예로는 폴리카보네이트(polycaronate) 수지 또는 ABS(Acrylonitrile-Butadiene-Styrene) 수지 등의 합성수지를 들 수 있다. 본 고안에 따른 모바일기기 케이스의 사용시에 상기 슬라이드 커버(130)의 개폐동작에 의해 상기 제2몸체부(102)와 상기 슬라이드 커버(130)에는 많은 마찰과 큰 하중이 인가되므로 이에 견딜 수 있는 충분한 경도를 가진 소재의 채택이 필요하기 때문이다. 다만, 이러한 필요에 부합하는 소재라면 다른 소재의 채택도 가능하다.

0029]     한편, 상기 제2몸체부(102)의 상기 슬라이드 커버(130)와 마주보는 면에서 카드 수납부(110) 외의 부분에는 상기 슬라이드 커버(130) 측으로 돌출된 가이드 돌기(115)가 마련될 수 있다. 도시되지는 않았으나, 상기 가이드 돌기(115)는 상기 슬라이드 커버(130) 내측에 적어도 슬라이드 구간의 길이만큼 상기 가이드 돌기(115)에 대응되게 마련된 가이드 홈(미도시)과 함께 상기 슬라이드 커버(130)의 동작을 안내할 수 있다. 이러한 구조는, 상기 슬라이드 커버(130)에 슬라이드 방향에 수직인 성분의 횡 하중이 인가될 때 이를 분산시켜 상기 카드 수납부(110)의 양 측벽(112)이 파손되는 것을 방지할 수 있다.

0030]     도 3은 상기 도 2의 Ⅲ-Ⅲ' 단면을 보이는 단면도이다. 전술한 바와 같이, 상기 케이스 몸체(100)가 기기 수용부(103)를 갖는 제1몸체부(101)와 제2몸체부(102)로 구성된 모습을 보인다. 상기 제2몸체부(102)는 카드 수납부를 구성하고 그 외측에 언더 컷(under cut)된 형태의 슬라이드 레일(1121)이 형성된 양 측벽(112)을 갖는다. 슬라이드 커버(130)에는 상기 슬라이드 레일(1121)과 맞물려 슬라이드 방향으로 이동하는 슬라이드 돌기(131)를 갖는다.

0031]     도 4는 상기 도 1의 실시예에 따른 모바일기기 케이스를 기기 수용부 측에서 본 사시도이다. 제1몸체부(101)의 상기 기기 수용부(103) 내에 스마트폰과 같은 모바일기기가 수용되는데, 상기 제1몸체부(101)의 재질이 갖는 탄성력에 의해 모바일기기가 이탈되지 않도록 지지할 수 있다.

0032]     도 5는 상기 도 1의 실시예를 슬라이드 커버의 우측에서 본 측면도이다. 슬라이드 커버(130)가 닫힌 상태에서 본 측면의 모습은 상기 슬라이드 커버(130)와 제2몸체부(102)의 측면 및 제1몸체부(101)의 측면이 세 개의 층을 이루는 모습을 보인다. 다만, 본 실시예와 달리, 상기 슬라이드 커버(130)의 측면부분이 상기 제2몸체부(102)의 측면을 덮는 형태를 보일 수도 있고, 상기 제1몸체부(101)와 상기 제2몸체부(102)가 동일한 소재의 한 몸으로 형성된 경우에는, 슬라이드 커버(130)와 한 몸의 케이스 몸체(100)의 두 개 층으로 보일 수도 있다.

*부호의 설명*

등록실용신안 20-0472435

0033]    100: 케이스 몸체

101: 제1몸체부                    102: 제2몸체부

110: 카드 수납부                    112: 측벽

1121: 슬라이드 레일              113: 빗면부

114: 바닥홈                          130: 슬라이드 커버

도면

도면1



등록실용신안 20-0472435

도면2



도면3



등록실용신안 20-0472435

도면4



도면5



Attorney-Client Privileged Work Product



Attachment 2

# KR 20-0472435 (Iruum Design Skin)
# Vs. Slim Armor CS (Spigen) Claim Charts

Patent Lawyer, Chang Hwan Kim

LAWHAS Patent & Law Firm



LAWHAS Patent & Law Firm

Confidential

Attorney-Client Privileged Work Product

- Design Skin Utility '435 vs. Spigen Slim Armor CS Claim Chart

| Utility Model Reg. No. | KR 20-0472435 | Rights Holder | NICHIA | Registration Date: 4.22. 2014 | |
| --- | --- | --- | --- | --- | --- |
| | | | | Application Date: 11.22. 2013 | |
| | | Claim 6 | | | Comparative Product |

(Claim 6)
A mobile case that is characterized by being comprised of a 1st body that has a device receiver that receives the mobile device on one side, a 2nd body that is joins the opposite side of the aforementioned 1st body's aforementioned device receiver and has a recessed card storage; and includes a slide cover that joins the aforementioned 2nd body to allow the opening and closing of the aforementioned card storage via a slide method, and a 2nd body that formed in a synthetic resin that is relatively harder than the aforementioned 1st body.



### Review of relevancy

• Relevancy: Above (infringement)
  -In body area 2 (102), comparing the description of "a storage area formed in concave" can be placed in "a card storage area (110) formed in a sunken concave aforementioned and the walls of both sides (112) in the specifications of this registered utility model's [0027] paragraph. Other than this operation example, in order to make the depth of said card storage area (110) deeper, a section applying to said card storage area (110) can be punctured in said body area 2 (102) to make one side of the exposed body area 1 (101) as the floor of said card storage area (110)", it is interpreted that the card storage area that was exposed by puncturing some section of the target product is included.
  -Since the body area 1 in the target product is TPU (Thermoplastic Polyurethane) resin and the body area 2 is polycarbonate, it satisfies the condition of "body area 2 inclination > body area 2 inclination". It is determined to be an infringement.

Confidential

Attorney-Client Privileged
Work Product

- **Design Skin Utility '435 vs. Spigen Slim Armor CS Claim Chart**

| Utility Model Reg. No. | KR 20-0472435 | Rights Holder | NICHIA | | Registration Date: 4.22. 2014 |
|---|---|---|---|---|---|
| | | | | | Application Date: 11.22. 2013 |

| Claim 8 | | Comparative Product |
|---|---|---|



(Claim 8)
With regard to Claim 6, a mobile case that is characterized by the aforementioned 2nd body and the aforementioned slide cover being formed with the same synthetic resin.

Spigen

Hard case (card cover)

Hard case

Card

TPU

TPU that does not change even in high temperature.
Polycarbonate (hard case) that withstands shocks

Review of relevancy

• Relevancy: Above (infringement)
  -The hard case that is applicable to the body area 2 and the hard case (card cover) that is applicable to the slide cover in the target product are all indicated as formed with polycarbonate, therefore it is determined that it infringes Claim 8.

Confidential

Attorney-Client Privileged Work Product

- Design Skin Utility '435 vs. Spigen Slim Armor CS Claim Chart



| Utility Model Reg. No. | KR 20-0472435 | Rights Holder | NICHIA | Registration Date: 4.22. 2014 |
|---|---|---|---|---|
| Family | | | | Application Date: 11.22. 2013 |

| Claim 9 | Comparative Product |
|---|---|

**(Claim 9)**
With regard to Claim 6, a mobile case that is characterized by the fact that the aforementioned 1st body is made with polyurethane or silicone rubber, and the aforementioned 2nd body is made with polycarbonate or ABS resin.

Spigen — SLIM ARMOR CS for Galaxy S5

**DUAL LAYER**

**TPU + POLYCARBONATE**

TPU that does not change even in high temperature. Polycarbonate (hard case) that withstands shocks

WIKIPEDIA
The Free Encyclopedia

Thermoplastic polyurethane (TPU) is any of a class of polyurethane plastics with many useful properties, including elasticity, transparency, and resistance to oil, grease and abrasion. Technically, they are thermoplastic elastomers consisting of linear segmented block copolymers composed of hard and soft segments.

**Review of relevancy**

- Relevancy: Above (infringement)
  -Since the soft case (Slim Armor) that is applicable to the body area 1 in the target product is formed with TPU (Thermoplastic Polyurethane) which is a type of polyurethane and the hard case that is applicable to the body area 2 is formed with polycarbonate resin, it is determined that it infringes Claim 9.

Confidential


TRANSPERFECT

City of New York, State of New York, County of New York

I, Kelly Kim, hereby certify that the following documents are, to the best of my
knowledge and belief, true and accurate translations of " 2014-07-03
실용신안침해경고장-슈피겐" and " 첨부2_실용435_슈피겐_클레임차트" from
Korean to English.

Kelly Kim

Sworn to before me this

Tuesday, August 25, 2015

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Attorney-Client Privileged Work Product



첨부2

# KR 20-0472435 (이룸디자인스킨)

# Vs. Slim Armor CS (슈피겐) Claim Charts

변리사 김창환



**LAWHAS** 로하스특허법률사무소
LAWHAS Patent & Law Firm
LAW, High-quality And Sustainability

Confidential

Attorney-Client Privileged Work Product

● **디자인스킨 실용'435 vs. 슈피겐 Slim Armor CS Claim Chart**

| 실용신안등록번호 | KR 20-0472435 | 등록권자 | NICHIA | 등록일 | 2014.04.22 |
|---|---|---|---|---|---|
| | | | | 출원일 | 2013.11.22 |

| Claim 6 | 비교 대상 제품 |
|---|---|
| 【청구항 6】<br>일측에 모바일기기를 수용하는 기기 수용부를 가지는 **제1몸체부**;<br>상기 제1몸체부의 상기 기기 수용부 반대편에 고정 결합되고, 오목하게 형성된 **카드 수납부**를 갖는 **제2몸체부**; 및<br>슬라이드 방식으로 상기 카드 수납부를 개폐할 수 있도록 상기 제2몸체부에 **결합되는 슬라이드 커버**를 포함하고,<br>상기 제2몸체부는 상기 제1몸체부보다 상대적으로 경도가 높은 합성수지로 형성된 것을 특징으로 하는,<br>모바일기기 케이스. |  |

관련성 검토

- **관련성: 상 (침해)**

  - 제2몸체부에서 "오목하게 형성된 카드 수납부" 는 본 등록실용신안 명세서 [0027]문단의 『전술한 오목한 홈 형태의 카드 수납부(110) 및 양 측벽(112) 등은 제2몸체부(102)에 마련될 수 있다. 본 실시예와 달리, 상기 카드 수납부(110)의 깊이를 더 깊게 하기 위해서는 상기 제2몸체부(102)에서 상기 카드 수납부(110)에 해당하는 부분을 뚫어서 노출된 제1몸체부(101)의 일면이 상기 카드 수납부(110)의 바닥면을 이루도록 할 수도 있다. 』라는 기재에 비추어 대상 제품과 같이 일부를 뚫어서 노출시킨 카드 수납부를 포함하는 것으로 해석됨.

  - 대상제품에서 제1몸체부는 TPU(Thermoplastic Polyurethane) 수지이고, 제2몸체부는 Polycarbonate이므로 "제2몸체부 경도>제1몸체부 경도"인 조건을 만족함.  침해로 판단됨

Confidential

Attorney-Client Privileged
Work Product

● **디자인스킨 실용'435 vs. 슈피겐 Slim Armor CS Claim Chart**

| 실용신안등록번호 | KR 20-0472435 | 등록권자 | NICHIA | 등록일 | 2014.04.22 |
|---|---|---|---|---|---|
| | | | | 출원일 | 2013.11.22 |

| Claim 8 | 비교 대상 제품 |
|---|---|

<table>
<tr>
<td>

【청구항 8】

청구항 6에 있어서,

상기 **제2몸체부**와 상기 **슬라이드 커버**는 동일한 합성수지로 형성된 것을 특징으로 하는, 모바일기기 케이스

</td>
<td>



</td>
</tr>
</table>

관련성 검토

- **관련성: 상 (침해)**

 - 대상제품에서 제2몸체부에 해당하는 하드케이스와 슬라이드 커버에 해당하는 하드케이스(카드커버)가 모두 폴리카보네이트로 형성되었다고 표기되어 있으므로 청구항 8을 침해하는 것으로 판단됨

Confidential

Attorney-Client Privileged
Work Product

● 디자인스킨 실용'435 vs. 슈피겐 Slim Armor CS Claim Chart

| 실용신안등록번호 | KR 20-0472435 | 등록권자 | NICHIA | 등록일 | 2014.04.22 |
|---|---|---|---|---|---|
| Family | | | | 출원일 | 2013.11.22 |

| Claim 9 | 비교 대상 제품 |
|---|---|

【청구항 9】

청구항 6에 있어서,

상기 **제1몸체부**는 폴리우레탄 또는 실리콘러버로 형성되고,

상기 **제2몸체부**는 폴리카보네이트 또는 ABS수지로 형성된 것을 특징으로 하는, 모바일기기 케이스.

WIKIPEDIA
The Free Encyclopedia

**Thermoplastic polyurethane (TPU)** is any of a class of polyurethane plastics with many useful properties, including elasticity, transparency, and resistance to oil, grease and abrasion. Technically, they are thermoplastic elastomers consisting of linear segmented block copolymers composed of hard and soft segments.

SLIM ARMOR CS
for Galaxy S5

**DUAL LAYER**

**TPU + POLYCARBONATE**

높은 온도에도 변형되지 않는 TPU
충격에 강한 폴리카보네이트(하드케이스)

관련성 검토

- **관련성: 상 (침해)**
  - 대상제품에서 제1몸체부에 해당하는 소프트케이스(슬림아머)는 폴리우레탄의 일종인 TPU(Thermoplastic Polyurethane) 수지로 형성되어 있고,
    제2몸체부에 해당하는 하드케이스는 폴리카보네이트(Polycarbonate) 수지로 형성되어 있으므로,  청구항9를 침해하는 것으로 판단됨.

Confidential