Heedong Chae (SBN: 263237)
Email: hdchae@ewpat.com
Chong Roh (SBN: 242437)
Email: croh@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., STE. 702
Los Angeles, CA 90010
Phone: 213-387-3630
Fax: 213-788-3365

*Attorneys for Plaintiff,*
*SPIGEN KOREA CO., LTD.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAK CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No.: 8:15-cv-01050 DOC (DFMx)<br>Assigned to Hon. David O. Carter<br><br>**PLAINTIFF AND COUNTER-DEFENDANT SPIGEN KOREA CO., LTD.'S ANSWER TO VERUS U.S.A., LLC'S AMENDED COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |
| VERUS U.S.A., LLC, a California limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Counter-Defendant. | |

## INTRODUCTORY STATEMENT

This is SPIGEN KOREA CO., LTD.'s (hereinafter, "Spigen" or "Counter-defendant") responsive pleading under Federal Rules of Civil Procedure ("FRCP") 12, and contains Spigen's defenses to the counterclaims asserted by Defendant and Counterclaimant VERUS U.S.A., LLC (hereinafter, "Verus" or "Counterclaimant").

## SPIGEN'S ANSWER TO VERUS'S AMENDED COUNTERCLAIMS

Spigen hereby responds to each numbered paragraph of the Amended Counterclaims as follows:

## PARTIES

1. Spigen admits the allegations in Paragraph 1 of the Amended Counterclaims.

2. Spigen admits the allegations in Paragraph 2 of the Amended Counterclaims.

## JURISDICTION AND VENUE

3. Spigen admits to the allegations in Paragraph 3 of the Amended Counterclaims.

4. Spigen admits, for purposes of this action only, that venue is proper in this District.

5. Spigen admits that the Court has personal jurisdiction over Spigen in this action. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 5 of the Amended Counterclaims.

# COUNT ONE

**(Declaratory Judgment of Non-Infringement of the '283 Patent)**

6. Spigen admits that Counterclaimant Verus restates and incorporates by reference each of the allegations in Paragraph 1 through 5 of the Amended Counterclaims as though fully set forth herein. Spigen repeats and re-alleges all of the responses in Paragraphs 1 through 5 above, as if set forth fully herein.

7. Spigen admits that an actual case and controversy exists as to whether Counterclaimant Verus infringed the '283 Patent. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 7 of the Amended Counterclaims.

8. This paragraph states legal conclusions to which no responses are required. To the extent a response is appropriate, Spigen admits that Counterclaimant Verus seeks a judicial declaration from the Court finding non-infringement of the '283 patent. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 8 of the Amended Counterclaims.

# COUNT TWO

**(Declaratory judgment of Invalidity of the '283 Patent)**

9. Spigen admits that Counterclaimant Verus restates and incorporates by reference each of the allegations in Paragraph 1 through 8 of the Amended Counterclaims as though fully set forth herein. Spigen repeats and re-alleges all of the responses in Paragraphs 1 through 8 above, as if set forth fully herein.

10.   Spigen admits that an actual case and controversy exists as to the validity of the '283 Patent. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 7 of the Amended Counterclaims.

11.   This paragraph states legal conclusions to which no responses are required. To the extent a response is appropriate, Spigen admits that Counterclaimant Verus seeks a judicial declaration from the Court finding invalidity of the '283 patent. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 11 of the Amended Counterclaims.

## COUNT THREE

**(Declaratory Judgment of Unenforceability of the '283 Patent)**

12.   Spigen admits that Counterclaimant Verus restates and incorporates by reference each of the allegations in Paragraph 1 through 11 of the Amended Counterclaims as though fully set forth herein. Spigen repeats and re-alleges all of the responses in Paragraphs 1 through 11 above, as if set forth fully herein.

13.   Spigen admits that an actual case and controversy exists as to whether the '283 Patent is enforceable. Except as expressly admitted, Spigen denies the remaining allegations in Paragraph 13 of the Amended Counterclaims.

14.   This paragraph states legal conclusions to which no responses are required. To the extent a response is appropriate, Spigen admits that Counterclaimant Verus seeks a judicial declaration from the Court finding the '283 patent is unenforceable for inequitable conduct. Except as expressly admitted, Spigen denies

the remaining allegations in Paragraph 14 of the Amended Counterclaims.

15. Spigen denies the allegations in Paragraph 15 of the Amended Counterclaims.

16. Spigen denies the allegations in Paragraph 16 of the Amended Counterclaims.

17. Spigen denies the allegations in Paragraph 17 of the Amended Counterclaims.

Spigen denies that Counterclaimant Verus is entitled to any relief sought by Counterclaimant Verus in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE:

### (Failure to State a Claim)

1. The Amended Counterclaim fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE:

### (Validity and Enforceability of Spigen's '283 Patent)

2. The claims in Spigen's '283 Patent are valid and enforceable.

### THIRD AFFIRMATIVE DEFENSE:

### (Verus's Infringement of '283 Patent)

3. Counterclaimant Verus has infringed and continues to infringe one or more claims of the '283 Patent.

## FOURTH AFFIRMATIVE DEFENSE:

## (Judgment as a Matter of Law)

4. Spigen is entitled to a judgment as a matter of law on the Amended Counterclaim.

## FIFTH AFFIRMATIVE DEFENSE:

## (Redundant of the Complaint)

5. Counterclaims are mirror images of claims asserted in the Complaint and are redundant of Counterclaimant's affirmative defenses to the Complaint.

## SIXTH AFFIRMATIVE DEFENSE:

## (Other Affirmative Defenses)

6. Spigen adopts and incorporates herein all affirmative defenses available pursuant to the Federal Rules of Civil Procedure 8 (or any applicable statute or regulation), to the extent the facts known at this time would make any of the said defenses available or facts developed in the future would make the same available. No affirmative defense is waived.

## PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, Counter-Defendant Spigen requests judgment be entered in its favor and against Counterclaimant Verus as follows:

1. That declaratory judgment be entered in Spigen's favor and against Verus;

2. That declaratory judgment be entered, finding the '283 patent is valid and enforceable;

3. That declaratory judgment be entered, finding Verus infringed and/or infringes the '283 patent;

4. That the counterclaims, and each and every purported claim for relief therein, be dismissed with prejudice;

5. That Spigen be awarded its costs of suit incurred herein, including its attorney's fees and expenses; and

6. For such other and further relief as the Court deems just and proper.

Dated: October 28, 2015      Respectfully submitted,

　　　　　　　　　　　　　　East West Law Group


　　　　　　　　　　　　　　By: /s/ Heedong Chae_____
　　　　　　　　　　　　　　　　HeeDong Chae
　　　　　　　　　　　　　　　　Chong Roh
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　SPIGEN KOREA CO., LTD.

## **JURY DEMAND**

Counter-defendant Spigen hereby demands a trial by jury on all issues so triable.

Dated: October 28, 2015

Respectfully submitted,

East West Law Group

By: /s/ Heedong Chae
Heedong Chae
Chong Roh
Attorneys for Plaintiff
SPIGEN KOREA CO., LTD.