# Exhibit 31

Exhibit 31 - KUM 435 English Translation  (CH Park's KUM 20-0,472,435)

1

Registered Utility Model 20-0472435

| | |
|---|---|
| (19) Korean Intellectual Property Office (KR) | (45) Publication Date April 28, 2014 |
| (12) Registered Utility Model Gazette (Y1) | (11) Registration No. 20-0472435 |
| | (24) Registration Date April 22, 2014 |
| (51) International Patent Classification (Int.Cl.) **H04B 1/38** (2006.01) | (73) Holder of Utility Model Rights **Irum Designskin Inc.** 3rd floor, 10 Yanghwa-ro 18an-gil, Mapo-gu, Seoul, (Donggyo-dong) |
| (21) Application Number **20-2013-0009630** (22) Application Date **November 22, 2013** Examination Request Date **November 22, 2013** | (72) Inventor **Chan-Hong Park** 101-703, 125 Donggyo-ro 3-gil, Mapo-gu, Seoul, (Mangweon-dong, Hyunjin Everville) |
| (56) Preceding Technology Research Literature KR101246791 B1* KR1020090104946 A* *Documents cited by an examiner | (74) Agent **Chang-Hwan Kim** |

Total Claims: Total of 4 Claims                    Examiner: Jeong-Geun Park

(54) Title of the Device: Card Storage Type Mobile Device Case with a Slide Cover

*(57) Abstract*

Presented here is a card storage type mobile device case. The mobile device case, according to one aspect of this design, is comprised of a case body with a device receiving part that receives the mobile device on one side; a slide cover that joins to allow opening and closing on the opposite side of the aforementioned case body's aforementioned device receiver; a recessed card storage on at least one side of the two surfaces of the aforementioned case body and aforementioned slide cover that face each other. The mobile device case, according to another aspect of this design, is comprised of the 1st body that has a device receiver that receives a mobile device on one side; the 2nd body that is fixedly attached to the opposite side of the aforementioned receiver body's device receiver and has a recessed card storage; and a slide cover that joins via a slide method to allow the opening and closing of the aforementioned card storage on the aforementioned 1st body.

*Abstract Figure – Diagram 1*



Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)
2

Registered Utility Model 20-0472435

*The Scope of Utility Model Registration Claims*

**Claim 1**

Deleted

**Claim 2**

Deleted

**Claim 3**

Deleted

**Claim 4**

Deleted

**Claim 5**

Deleted

**Claim 6**

A mobile case that is characterized by being comprised of

a 1st body that has a device receiver that receives the mobile device on one side;

a 2nd body that is fixedly attached to the opposite side of the aforementioned 1st body's aforementioned device receiver and has a recessed card storage;

and includes a slide cover that joins the aforementioned 2nd body to allow the opening and closing of the aforementioned card storage via a slide method,

and a 2nd body that formed in a synthetic resin that is relatively harder than the aforementioned 1st body.

**Claim 7**

With regard to Claim 6, a

mobile case

that is characterized by being equipped with a slide rail with an under cut form on the two outer walls of the aforementioned card storage in the aforementioned 2nd body.

**Claim 8**

With regard to Claim 6, a

mobile case

that is characterized by the aforementioned 2nd body and the aforementioned slide cover being formed with the same synthetic resin.

**Claim 9**

With regard to Claim 6,

a mobile case that is characterized by the fact that

the aforementioned 1st body is made with polyurethane or silicone rubber,

and the aforementioned 2nd body is made with polycarbonate or ABS resin.

Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

3

Registered Utility Model 20-0472435

**Claim 10**

Deleted

*Specifications*

*Technical Field*

[0001] This design, pertains to a mobile case, and more specifically pertains to a mobile case that protects a mobile device such as a smartphone from external shock, and provides user convenience.

*Technological Background*

[0002] Since the universalization of portable phones, various other types of portable devices such as portable multimedia players (PMP, portable multimedia player), PDA (personal digital assistants), portable DMB TVs, portable game devices, and electronic dictionaries have been utilized. With the recent emergence of smartphones, there has been a trend where various existing portable devices are being integrated into one smartphone.

[0003] While portability has improved with the integration of various functions into one device such as a smartphone, the price of devices has increased. Therefore, there is an increased need to protect mobile devices from unexpected situations such as shock from dropping them, and the usage of smartphone cases, such as bumpers, has become widespread.

[0004] Meanwhile, many individuals have started carrying mobile devices such as smartphones at all times as dependency on smartphones has increased in daily life. In a situation where the use of credit cards or debit cards is universal, there are increased demands from people who want to go out carrying just one or two cards and a smartphone instead of a wallet.

[0005] Although smartphone cases, such as flip-type covers made of leather, etc., have been released to meet such demands, these demands that pursue a more simple and elegant appearance with the safety and durability of card storage have not been satisfied. Also, a portable device case with a slide cover has been released as shown in the preceding patent literature, but a configuration that can simultaneously provide the convenience and durability that users need, with an elegant appearance has not been presented to this date.

[0006]
*Preceding Technology Literature*

*Patent Literature*
[0007] (Patent Literature 0001) Republic of Korea Registration Patent Gazette 10-1297532

*Details of the Design*

*The Problem that this Design Attempts to Solve*

[0008] In response to the aforementioned demand, the purpose of this design is to provide a card storage mobile device case with a slide cover that can protect mobile devices such as smartphones, can store cards such as credit cards securely, and has a configuration that can simultaneously provide convenience and an elegant appearance.

*Method for Solving the Problem*

[0009] In order to solve the aforementioned problem, the mobile device case, according to one aspect of this design, is comprised of a case body that has a device receiving part that receives the mobile device on one side; a slide cover that joins to allow opening and closing on the opposite side of the aforementioned case body's aforementioned device receiver; and a recessed card storage on at least one side of the two surfaces of the aforementioned case body and aforementioned slide cover that face each other.

[0010] The aforementioned card storage may be formed in a recessed groove on the aforementioned case body.

Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)
4

Registered Utility Model 20-0472435

[0011] A slide rail with an undercut (under cut) form on the two outer walls of the aforementioned card storage may be equipped.

[0012] A bevel that connects to the aforementioned recessed groove on the aforementioned card storage's lower side wall may be created.

[0013] The mobile device case, according to another aspect of this design, is comprised of a 1st body that has a device receiver that receives the mobile device; a 2nd body that is fixedly attached to the opposite side of the aforementioned receiver body's device receiver and has a recessed card storage; a slide cover that joins to allow the opening and closing of the aforementioned card storage on the aforementioned 1st body via a slide method.

[0014] The aforementioned 2nd body may be created in a synthetic resin of relatively higher hardness than the aforementioned 1st body.

[0015] A slide rail built in an undercut (under cut) form on two outer walls of the aforementioned card storage may be equipped in the aforementioned 2nd body.

[0016] The aforementioned 2nd body and the aforementioned card storage may be made with the same synthetic resin.

[0017] Meanwhile, the aforementioned 1st body can be made of polyurethane or silicon rubber, and the aforementioned 2nd body may be made with polycarbonate or ABS resin.

[0018] A bevel that connects to the aforementioned recessed groove on the aforementioned card storage's lower side wall may be formed on the aforementioned 2nd body.

*Effect of the Design*

[0019] According to this design, it has effects that protect mobile devices such as smartphones, securely store cards such as credit cards, and provide a card storage type mobile device case that has a slide cover with a configuration that can provide convenience and an elegant appearance.

*Brief Description of the Diagrams*

[0020] Diagram 1 is a perspective view that shows the mobile case's slide cover in an opened state, according to this design's application example.

Diagram 2 is a disassembled perspective view that shows the slide cover from the aforementioned application example in Diagram 1 in a disassembled state.

Diagram 3 is a sectional view that shows the cross section of the aforementioned Diagram 2's III-III'.

Diagram 4 is a perspective view of a mobile device case viewed from the device receiver, according to the aforementioned application example in Diagram 1.

Diagram 5 is a side view of the aforementioned application example in Diagram 1, viewed from the right side of the slide cover.

Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

5

*Specific Details of the Application of this Design*

[0021] This design's application example will be described below using the attached diagrams. The application example that will be described below can be modified into various forms, and this design's scope is not limited to the application examples below or the mentioned modification example. This invention's application example is provided in order to clearly convey the invention's technical ideologies to persons with general knowledge in the relevant field.

[0022] Diagram 1 is a perspective view that shows the mobile case's slide cover in an opened state according to this design's one application example. A mobile device case according to this design has a case body (100) that receives the mobile device, a slide cover (130) that joins the aforementioned case body (100) to allow opening and closing via a slide method, and a card storage (110) that is created to be able to store at least one card in between the aforementioned case body (100) and the aforementioned slide cover (130).

[0023] In this application example, the aforementioned card storage (110) may be created on one side of the aforementioned case body (100), more specifically in a recessed groove that fits the form of a card that is to be stored on the opposite side of the device receiver that receives a mobile device. In contrast, in a case where the aforementioned slide cover (130) has sufficient thickness, it can also be formed inside of the aforementioned slide cover (130) in the form of a recessed groove.

[0024] As it pertains to this application example of the mobile device case, side walls that protrude towards the aforementioned slide cover (130) further than the bottom surface of the aforementioned card storage (110) are formed on both sides and on the lower part of the aforementioned card storage (110). Although not shown in detail in this Diagram, a slide rail that guides the movement of sliding motion of the aforementioned slide cover (130) can be built on both side walls (112). On the bottom side wall in the lower part of the aforementioned card storage (110), a bevel (113) may be formed to allow a user's finger (mainly the fingernail part) to easily reach the side of a card when taking out a stored card. Moreover, a bottom groove (114) may be formed on the bottom surface of the aforementioned card storage (110) that is close to the aforementioned bevel (113). The aforementioned bottom groove (114) provides a space that allows the entry of the user's fingernail etc., to the lower part of a stored card, which helps the user take out a card with ease by lifting the card.

[0025] Meanwhile, a hole or a button is provided in places of the aforementioned slide cover (130) and the aforementioned case body (100) to avoid interference while using the received mobile device. For example, on the upper part of the aforementioned slide cover (130) is a camera hole (136) that exposes the mobile device's camera and flash to the outside, and on the side of the aforementioned case body (100) are buttons (118) that move flexibly in correspondence with the mobile device's buttons and an interface hole (117) for power or connecting external devices. For such holes, the location or form of buttons will differ according to the type of mobile device to be received.

[0026] Diagram 2 is a disassembled perspective view of the slide cover in the application example of Diagram 1 in a disassembled state. In this diagram, the inner structure of the aforementioned slide case (130) of the aforementioned case body (100) can be seen. A camera hole (116) is provided to accommodate the aforementioned camera hole (136) in the aforementioned case body (100). The aforementioned case body (100) can be comprised of two parts made of different materials. In other words, it can be comprised of the 1st body (101) that has a device receiver that receives the mobile device in the rear of this diagram and the 2nd body (102) that faces the aforementioned slide cover (130). These can be molded separately and fixedly attached to each other, or they may be formed as one unit through a method such as an insert injection, etc.

[0027] The above described recessed groove card storage (110) and both side walls (112), etc. may be arranged in the 2nd body (102). Unlike the application example, in order to deepen the depth of the aforementioned card storage (110), the part that corresponds to the aforementioned card storage (110) in the aforementioned 2nd body (102) may be pierced in order to expose one side of the 1st body (101) so that the exposed side of the 1st body (101) would form the floor of the aforementioned card storage (110).

Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

6

[0028] In terms of material, the aforementioned 1st body (101) may be created using materials such as synthetic resins that provide a buffer effect that can protect the received mobile device from external shock from falling, for example, polyurethane or silicone rubber. The aforementioned 2nd body (102) can be made with materials that are relatively higher in hardness than the aforementioned 1st body (101) and can be made with the same material as the aforementioned slide cover (130). Examples of appropriate materials may be synthetic resins such as polycarbonate resin and ABS (acrylonitrile-butadiene-styrene) resins. When using the mobile device case according to this design, high friction and weight is applied on the aforementioned 2nd body (102) and the aforementioned slide cover (130) as a result of the opening and closing motion of the aforementioned slide cover (130). Therefore, material with sufficient level of hardness that can withstand this pressure is required. However, other materials can be used to fulfill these necessities.

[0029] Meanwhile, there may be a bump (115) that protrudes on the aforementioned slide cover (130) side outside of the card storage (110) unit on the side that faces the aforementioned slide cover (130) of the aforementioned 2nd body (102). Though not pictured, the aforementioned guide bump (115) can guide the movement of the aforementioned slide cover (130) alongside the guide groove (not pictured), which is arranged to correspond with the aforementioned guide bump (115) at least for the length of the sliding section within the aforementioned slide cover (130). This type of structure can prevent damage to both side walls (112) of the aforementioned card storage (110) by diffusing the lateral load of the vertical substance that is applied in the sliding direction in the aforementioned slide cover (130).

[0030] Diagram 3 is a sectional diagram that shows the III-III' cross section of the aforementioned Diagram 2. The diagram shows that the aforementioned case body (100) is comprised of a 1st body (101) with the device receiver (103) and the 2nd body (102). The aforementioned 2nd body (102) is comprised of a card storage and has walls on both sides (112) that are formed into slide rails (1121) in an under cut form on the outside. In the slide cover (130) is a slide bump (131) that interlocks with the aforementioned slide rails (1121) and moves in a sliding direction.

[0031] Diagram 4 is a perspective view of the mobile case in the application example of the aforementioned diagram 1 from the perspective of the device receiver. When a mobile device such as a smartphone is placed inside the aforementioned device receiver (103) of the 1st body (101), the elasticity of the aforementioned 1st body's (101) material can support the mobile device so that it does not break away.

[0032] Diagram 5 is a side view of the slide cover in the application example of the aforementioned diagram 1 from the right side. When the slide cover (130) is closed, the aforementioned side cover (130), the side of the 2nd body (102), and the side of the 1st body (101) can be seen to have 3 layers. However, unlike this application example, the side of the aforementioned slide cover (130) may cover the side of the aforementioned 2nd body (102), or when the aforementioned 1st body (101) and the aforementioned 2nd body (102) form one body made of the same material, in either case, two layers comprised of a slide cover (130) and the case body (100) made into one body may be seen.

*Explanation of Diagram Codes*

100: Case body

101: 1st body         102: 2nd body

110: Card storage         112: Side wall

1121: Slide rail         113: Bevel

114: Bottom groove         130: Slide cover

*Diagrams*

*Diagram 1*

Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

7

Registered Utility Model 20-0472435



Diagram 2



Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

8

Registered Utility Model 20-0472435

*Diagram 3*



*Diagram 4*



Exhibit 31 - KUM 435 English Translation (CH Park's KUM 20-0,472,435)

9

Registered Utility Model 20-0472435

*Diagram 5*



Exhibit 31 - KUM 435 English Translation  (CH Park's KUM 20-0,472,435)

10

# CERTIFICATION OF TRANSLATION
# and
# DECLARATION

State of California        )
                           )        S. S.
County Los Angeles         )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated and reviewed the foregoing **10** pages of **Patent Application No. 20-2013-0009630, Card Storage Type Mobile Device Case with a Slide Cover** from Korean to English in accordance with Fed. R. Evid. 901 and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2015

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
Direct: (213) 999-7848
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com (213) 999-7848

Exhibit 31 - KUM 435 English Translation  (CH Park's KUM 20-0,472,435)
11