Heedong Chae (SBN 263237)
Email: hdchae@ewpat.com
Richard Kim (SBN 272184)
Email: rkim@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., Suite 702
Telephone: (213) 387-3630
Facsimile: (213) 788-3365

*Attorneys for Plaintiff,*
*Spigen Korea Co., LTD.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAK CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company; DOES 1 though 10, inclusive,<br><br>Defendants.<br>VERUS U.S.A., LLC, a California limited liability company,<br><br>Counter-Plaintiff,<br><br>v.<br><br>SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Counter-Defendant. | Case No.: 8:15-cv-01050 DOC (DFMx)<br>Assigned to Hon. David O. Carter<br><br>**DECLARATION OF MATTHEW STEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date:      June 13, 2016<br>Time:     8:30 a.m.<br>Dept:      9D<br>Location: 411 West Fourth Street, Santa Ana, CA 92701<br><br>*[The following documents filed concurrently: Memorandum of Points and Authorities; Separate Statement of Facts Not in Dispute; Declaration of Heedong Chae; Declaration of Dae Young Kim; [Proposed] Order]* |

---

DECLARATION OF MATTHEW STEIN IN SUPPORT OF SPIGEN KOREA CO., LTD'S MOTION
FOR SUMMARY JUDGMENT
1

I, Matthew I. Stein declare as follows:

1. I have been retained by Plaintiff and Counter-Defendant Spigen Korea Co., LTD (hereinafter, "Plaintiff" or "Spigen") as a technical expert in this matter to study and provide my opinions on certain issues related to U.S. Patent No. 9,049,283 B1 ("the '283 Patent" or "the patent-in-suit").

2. My extensive engineering background, comprising a Bachelor of Science in Mechanical Engineering from MIT, combined with more than 35 years of direct experience with product design, qualifies me as an expert witness well skilled in the appropriate field of concern, and capable of expertly evaluating cell phone cases manufactured, designed, and/or distributed by Verus with respect to the asserted claims of the '283 patent. My design experience also includes working for such other well-known companies as Hewlett Packard, Plantronics, Seagate, Duraflame, Haws and IGT.

3. I have reviewed the '283 Patent, Verus Damda Slide cases (the "Accused Products") and many other materials and protective cases provided to me.

4. I have concluded that the Accused Products infringe on the '283 Patent.

5. My Opening Expert Report, dated April 26, 2016 describes in detail the Accused Products infringement on the '283 Patent. A true and correct copy of my Opening Expert Report is attached hereto as Exhibit Z-1.

6. I reviewed the Expert Report, by Oliver Seil dated April 28, 2016 and the First Supplemental Expert Report by Oliver Seil dated May 2, 2016, along with many other materials and protective cases provided to me. I have reviewed Mr. Seil's report, the Accused Products, the Patent, and the prior art references cited in Mr. Seil's Report and I have come to the conclusion that the '283 Patent is valid.

7. My Rebuttal Expert Report of Matthew I. Stein, P.E. Regarding Validity of Plaintiff's U.S. Patent No. 9,049,283, dated May 16, 2016 describes in detail my conclusions. A true and correct copy of my Rebuttal Expert Report of Matthew I. Stein, P.E. Regarding Validity of Plaintiff's U.S. Patent No. 9,049,283, dated May 16, 2016 is attached hereto as Exhibit Z-2.

I declare under penalty of perjury according to the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this Monday, May 16, 2016 at Truckee, California

By: _____
Matthew Stein, Declarant