From: **DAE YOUNG KIM** <dykim@spigen.com>
Date: Sunday, July 6, 2014
Subject: [Re: warning letter for the utility model right] Hello, this is Spigen Korea.
To: chkim@lawhas.com

Hello,

We have received the warning letter from your company today regarding the request to cease and desist the act of infringement of the utility model right.
The email below provides our response to the letter, so please refer to it in your work.

++++++++++++++ Below +++++++++++++

1) We wish for continuous success of your company.

2) We conducted a detailed review of the warning letter sent by your company (Utility Model Registration No. 20-0472435). As result:

3) In our company's product, "a recessed card storage" is not in the second body as claimed in Claim 6.

4) In addition, a product with a card storage with a sliding case has already been commercialized prior to November 2013 (*see* the attached image).

5) Accordingly, please note that we have not infringed your utility model right. THE END.


Daeyoung Kim
Spigen Inc. M +1 949-943-9371

**spigen**™
Irvine, California
Something You Want!
T +1 949-502-5121   F +1 949-502-5122
www.spigen.com  |  www.spigen.com/social

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY                    SK005413T



HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY          SK005414

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California        )
                           )    S. S.
Los Angeles County    )

     I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have reviewed and translated the foregoing **1 page** of **Email reply from Dae Young Kim of Spigen Re: Warning Letter for the Utility Model Right** from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2016

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

From: **DAE YOUNG KIM** <dykim@spigen.com>
Date: Sunday, July 6, 2014
Subject: [실용신안권 경고장 관련] 안녕하세요. 슈피겐코리아 입니다.
To: chkim@lawhas.com

안녕하세요.
금일 귀사가 보낸 실용신안권 침해 중지 요청과 관련 경고장을 받았습니다.
이에, 아래와 같은 내용을 답장을 드리오니, 업무 참조 하여 주시면 감사하겠습니다.

+++++++++++++++  아 래 +++++++++++++++
1) 귀사의 일익 번창을 기원합니다.
2) 귀사가 보내 주신 경고장 (등록실용신안 20-0472435 호) 와 관련하여, 면밀히 검토를 해본 결과
3) 당사는 청구항 6 항의 "오목하게 형성된 카드 수납부"가 제 2 몸체부에 있지 않습니다.
4) 또한, 카드수납형태의 슬라이딩 케이스는 이미 상용화된 제품이 2013 년 11 월 이전에 있었습니다. (첨부 이미지 참조)
5) 이에, 당사는 귀사의 실용신안 권리를 침해하지 않았음을 알려드립니다.끝.


--
Daeyoung Kim
Spigen Inc    M +1 949-943-9371

**spigen**™
Irvine, California

*Something You Want!*
T +1 949-502-5121   F +1 949-502-5122
www.spigen.com  |  www.spigen.com/social

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY                        SK005413



HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY	SK005414