Heedong Chae (SBN 263237)
Email: hdchae@ewpat.com
Richard Kim (SBN 272184)
Email: rkim@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., Suite 702
Telephone: (213) 387-3630
Facsimile: (213) 788-3365

Michael C. Hewitt (SBN 148678)
**Law Offices of Michael C. Hewitt**
2082 Michelson Drive, Suite 300
Telephone: (949) 825-5260
Facsimile: (949) 825-5261

***Attorneys for Plaintiff,***
***Spigen Korea Co., LTD.***

JOHN K. PARK, ESQ. (SBN 175212)
MARK L. SUTTON, ESQ. (SBN 120255)
park@parklaw.com
3255 Wilshire Blvd., Suite 1110
Los Angeles, California 90010
Telephone: (213) 389-3777
Facsimile: (213) 389-3377

***Attorneys for Defendant,***
***ISPEAK[ER] CO., LTD and Verus U.S.A., LLC***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>             Plaintiff,<br><br>          v.<br><br>ISPEAK[ER] CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company; DOES 1 though 10, inclusive,<br><br>           Defendants. | Case No.: 8:15-cv-01050 DOC (DFMx)<br>Assigned to Hon. David O. Carter<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>**<u>Trial Date:</u>**<br>Date:     September 6, 2016<br>Time:    8:30 a.m.<br>Dept:    9D<br>Location:  411 West Fourth Street,<br>               Santa Ana, CA 92701 |
| VERUS U.S.A., LLC, a California limited liability company,<br><br>         Counter-Plaintiff,<br><br>         v.<br><br>SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>         Counter-Defendant. | |

Pursuant to Local Rule 16-6.1, Plaintiff Spigen Korea Co., Ltd. (hereinafter, "Spigen" or "Plaintiff"), Defendants Ispeaker Co., Ltd. and Verus U.S.A., LLC (hereinafter, "Defendants") respectfully submit the following joint trial exhibit list. The inclusion of a document on Spigen's or Defendants' schedule of exhibits is not an admission that the document is either relevant or admissible.  Spigen and Defendants specifically reserve their right to object or move to exclude any of the identified documents.

**TRIAL EXHIBITS**

| Exhibit No. | Description | Date ID | Date Admitted |
|---|---|---|---|
| 1 | Ispeaker Commercial Invoice and Shipping Documents Dated December 22, 2015 to March 7, 2015 [Exhibit at Yu Dep. on March 22, 2016; BN 007212-007239] | | |
| 2 | Entity Formation Documents from Korea [Exhibit at Yu Dep. on March 22, 2016] | | |
| 3 | Documents used to list the Accused Products on Amazon.com [Exhibit at Yu Dep. on March 22, 2016; BN-008181-BN008198] | | |
| 4 | Search terms used to list Accused Products on Amazon.com [Exhibit at Yu Dep. on March 22, 2016; BN-008242-BN-008244] | | |
| 5 | Search terms used to list Accused Products on Amazon.com | | |

|  |  |  |  |
|---|---|---|---|
|  | [Exhibit at Yu Dep. on March 22, 2016; BN009369-BN-009371] |  |  |
| 6 | Printout of Website www.vrsdesign.com<br>[Exhibit at Yu Dep. on March 22, 2016] |  |  |
| 7 | Printout of Website www.vrsdesign.com<br>[Exhibit at Yu Dep. on March 22, 2016] |  |  |
| 8 | Articles of Limited Liabiliity Company filed by Verus U.S.A., LLC<br>[Exhibit at Yu Dep. on March 22, 2016] |  |  |
| 9 | Printout of Galaxy S5 Damda Case<br>[Exhibit at Yu Dep. on March 22, 2016] |  |  |
| 101 | Printout from VRSdesign.com website for Damda Series Mobile Phone case (Damda Slide and Damda Clip)<br>[Exhibit at Chung Dep. on March 29, 2016] |  |  |
| 102 | Ispeaker Sales Records for Damda Slide until the end of 2015<br>[Exhibit at Chung Dep. on March 29, 2016; BN-007250-BN-007255] |  |  |
| 103 | Printout from VRSdesign.com website for Iron Shield Series and Iron Bumper Series<br>[Exhibit at Chung Dep. on March 29, 2016; No Deposition] |  |  |
| 104 | Printout from VRSdesign.com website for Pound Series<br>[Exhibit at Chung Dep. on March 29, 2016; No Deposition] |  |  |
| 105 | Printout from VRSdesign.com website for Super Slim Hard Series |  |  |

| | | | | |
|---|---|---|---|---|
| | | [Exhibit at Chung Dep. on March 29, 2016; No Deposition] | | |
| | 106 | Ispeaker's Organizational Chart<br>[Exhibit at Chung Dep. on March 29, 2016; Exhibit at Yu Dep. on March 22, 2016; No Deposition; BN-012045-BN-012046] | | |
| | 107 | Ispeaker's Organizational Structure<br>[Exhibit at Chung Dep. on March 29, 2016; BN-012205-BN-012206] | | |
| | 108 | Ispeaker Commercial Invoice and Packing lists - October 22, 2014<br>[Exhibit at Chung Dep. on March 29, 2016; BN-001799-BN-001829; BN-000537-BN-000539] | | |
| | 109 | Ispeaker Commercial Invoice and Packing lists - July 30, 2015, August 24, 2015<br>[Exhibit at Chung Dep. on March 29, 2016; BN-004345-BN004416;  BN-000867-BN-000870] | | |
| | 110 | Ispeaker Commercial Invoice and Packing lists - December 1, 2015<br>[Exhibit at Chung Dep. on March 29, 2016; BN-006945-BN-006949] | | |
| | 111 | Packing lists for March 7, 2016<br>[Exhibit at Chung Dep. on March 29, 2016; BN-006950-BN-006984; BN-001108-BN-001110] | | |
| | 112 | Verus Damda Slide for Galaxy S6 Edge (grey) - physical case<br>[Exhibit at Chung Dep. on March 29, 2016] | | |
| | 113 | Korea Utility Model 10-0988204<br>[Exhibit at Chung Dep. on March 29, 2016] | | |

| | | | | |
|---|---|---|---|---|
| 114 | Printout of website www.vrsdesign.com - message from the CEO [Exhibit at Chung Dep. on March 29, 2016; No Deposition] | | |
| 116 | Damda Slide quantity and units sold retrieved from Commercial Invoice, Packing lists, export declaration certificate [Exhibit at Chung Dep. on March 29, 2016] | | |
| 117 | Printout from VRSdesign.com website for Thor Series (and additional packing lists [Exhibit at Chung Dep. on March 29, 2016] | | |
| 118 | Ispeaker Commercial Invoice and Packing lists - May 8, 2014 [Exhibit at Chung Dep. on March 29, 2016] | | |
| 119 | Ispeaker Commercial Invoice and Packing lists - March 25, 2014 [Exhibit at Chung Dep. on March 29, 2016] | | |
| 120 | Verus Co., Ltd Commercial Invoice and Packing lists - April 1, 2014 [Exhibit at Chung Dep. on March 29, 2016] | | |
| 121 | Spigen Slim Armor CS for Galaxy S5 (White) - physical case [Exhibit at Chung Dep. on March 29, 2016] | | |
| 122 | United States Patent No. 9,049,283 [Exhibit at Chung Dep. on March 29, 2016] | | |
| 124 | Design Patent for Verus Damda Slide August 27, 2014 [Exhibit at Chung Dep. on March 29, 2016] | | |
| 201 | Printout from VRSdesign.com website for Iron | | |

| | | | | |
|---|---|---|---|---|
| | | Shield Series and Iron Bumper Series [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
| | 202 | Printout from VRSdesign.com website for Pound Series [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
| | 203 | Printout from VRSdesign.com website for Super Slim hard Series [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
| | 204 | Printout from VRSdesign.com website for the Thor Series [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
| | 205 | Printout from VRSdesign.com website - message from the CEO [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
| | 206 | Verus Damda Slide for  iphone 6/6s (Yellow) - Physical case [Exhibit at No Dep. on April 1, 2016; Exhibit at Yu Dep. on March 22, 2016] | | |
| | 207 | Verus Damda Slide for Iphone 6/6s Plus (Red) - Physical case [Exhibit at No Dep. on April 1, 2016; Exhibit at Yu Dep. on March 22, 2016] | | |
| | 208 | Verus Damda Slide for Galaxy Note 4 (yellow) - Physical case | | |

| | | | | |
|---|---|---|---|---|
| | | [Exhibit at No Dep. on April 1, 2016; Exhibit at Yu Dep. on March 22, 2016] | | |
| | 209 | Verus Damda Slide for Galaxy S6 (grey) - Physical case<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 210 | Verus Damda Slide for Galaxy S6 Edge - Physical Case (easy open packaging)<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 211 | Verus Damda Slide for Galaxy S6 Edge - Physical Case<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 212 | Verus Damda Slide for Galaxy Note 5 - Physical Case (easy open packaging)<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 214 | Verus Damda case for Samsung Galaxy S5 - Physical case<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 215 | List and Role of Individuals Who Participated in Development of Accused Products<br>[Exhibit at No Dep. on April 1, 2016; Exhibit at Yu Dep. on March 22, 2016; Exhibit at Chung Dep. on March 29, 2016; BN-012045-BN-012046] | | |
| | 216 | Verus damda Clip for Galaxy S7 - physical case (easy open packaging)<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 217 | Design Skin Slider<br>[Exhibit at No Dep. on April 1, 2016] | | |
| | 218 | Incipio Stowaway Credit Card Case<br>[Exhibit at No Dep. on April 1, 2016] | | |

| | 219 | Spigen Slim Armor CS for Galaxy S5 (White) - physical case [Exhibit at No Dep. on April 1, 2016; Exhibit at Chung Dep. on March 29, 2016] | | |
|---|---|---|---|---|
| | 301 | Spigen Slim Armor CS for Galaxy S5- physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 302 | Verus Damda Slide for iPhone 6 Plus - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 303 | Spigen Slim Armor (Spigen-1) - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 304 | Verus Damda - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 305 | Incipio Stowaway Credit Card Case for iPhone 4 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 306 | Otterbox Commuter - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 307 | Designskin Slider 1 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 308 | Designskin Slider 2 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 309 | Spigen Slim Armor CS for iPhone 6 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 310 | Opening Expert Report of Matthew I. Stein, PE (April 28, 2016)- part 1 [Exhibit at Seil Dep. on July 1, 2016; Dkt. 43-34] | | |
| | 311 | Opening Expert Report of Matthew I. Stein, PE (April 28, 2016)- part 2 [Exhibit at Seil Dep. on July 1, 2016; Dkt. 43-35] | | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 312 | Rebuttal Expert Report of Matthew Stein, PE in Response to the Report of Oliver Seil (May 16, 2016)- part 1 [Exhibit at Seil Dep. on July 1, 2016; Dkt. 43-36] | | | |
| 313 | Rebuttal Expert Report of Matthew Stein, PE in Response to the Report of Oliver Seil (May 16, 2016)- part 2 [Exhibit at Seil Dep. on July 1, 2016; Dkt. 43-37] | | | |
| 314 | Declaration of Matthew Stein, PE in Support of Motion for Summary Judgment (May 16, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 43-6] | | | |
| 315 | Supplemental Rebuttal Expert Report of Matthew Stein , PE Regarding Validity of Plaintiff's U.S. Patent No. 9,049,283 (May 23, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 52-4] | | | |
| 316 | Korean Utility Model 20-0472435 [Exhibit at Seil Dep. on July 1, 2016; BN-000197-BN-000215] | | | |
| 317 | United States Patent No. 8,245,842 (Bau) [Exhibit at Seil Dep. on July 1, 2016; BN-000282-BN-000317] | | | |
| 318 | United States Patent Application Publication No. 2012/0067751 (Mongan) [Exhibit at Seil Dep. on July 1, 2016; BN-000372-BN-000379] | | | |
| 319 | Expert Report of Oliver Seil (April 28, 2016) [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 320 | Seil Expert Report Appendix A [Exhibit at Seil Dep. on July 1, 2016] | | | |

| | 321 | Seil Expert Report Appendix B | | |
|---|---|---|---|---|
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 322 | Seil Expert Report Appendix C | | |
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 323 | Seil Expert Report Appendix D | | |
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 324 | Seil Expert Report Appendix E | | |
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 325 | First Supplemental Expert Report of Oliver Seil (May 2, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 41-56] | | |
| | 326 | Declaration of Oliver Seil in Support of Motion for Summary Judgment (May 15, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 41-50] | | |
| | 327 | Second Declaration of Oliver Seil in Support of Motion for Summary Judgment (May 23, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 49-4] | | |
| | 328 | Declaration of Oliver Seil in Support of Defendant's Reply Re Motion for Summary Judgment (May 30, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 57-1] | | |
| | 329 | United States Patent Application Publication No. 2014/0034531 (Wang) [Exhibit at Seil Dep. on July 1, 2016; BN-000404-BN-000416] | | |
| | 330 | Spigen-United States Patent No. 9,049,283 [Exhibit at Seil Dep. on July 1, 2016; BN-000244-BN-000333] | | |
| | 331 | Defendant's Second Revised Non-Infringement | | |

| | | | | |
|---|---|---|---|---|
| | | Contentions (May 16, 2016) [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 332 | Verus sales records through June 20, 2016 [Exhibit at Seil Dep. on July 1, 2016; BN 012277-BN-012282] | | |
| | 333 | Spigen sales records-US (07/2014-05/2015) [Exhibit at Seil Dep. on July 1, 2016; SK-004664-SK-004799] | | |
| | 334 | Spigen sales records-US (06/2015-02/2016) [Exhibit at Seil Dep. on July 1, 2016; SK-004800-SK-004924] | | |
| | 335 | Spigen sales records-Global 2014 [Exhibit at Seil Dep. on July 1, 2016; SK-004925-SK004938] | | |
| | 336 | Spigen sales records-Global (01/2016-02/2016) [Exhibit at Seil Dep. on July 1, 2016; SK-004939-SK-004943] | | |
| | 337 | Spigen sales records-Global 2015 [Exhibit at Seil Dep. on July 1, 2016; SK004944-SK-004963] | | |
| | 338 | Spigen sales records-US (02/2016-04/2016) [Exhibit at Seil Dep. on July 1, 2016; SK-004964-SK-004996] | | |
| | 339 | Printout from www.phonearena.com - Best iPhone 6s Cases [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 340 | Printout from www.iphonehacks.com-Best iPhone 6 Plus Cases [Exhibit at Seil Dep. on July 1, 2016] | | |

| | | | | |
|---|---|---|---|---|
| 341 | Printout from www.heavy.com-Best iPhone Cases for gym [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 342 | Printout from www.heavy.com-Best iPhone Cases for any budget [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 343 | Printout from www.heavy.com-Best iPhone Cases for any budget-2 [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 344 | Printout from www.beebom.com-Best Galaxy s6 edge cases [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 345 | Printout from www.phandroid.com-Best Galaxy s6 cases [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 346 | Printout from www.gizmodo.uk.co-Best s6 and s6 edge cases [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 347 | Printout from www.heavy.com-best cheap iPhone 6s cases [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 348 | Printout from www.heavy.com-Best s6 edge case deals [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 349 | Printout from www.androidheadlines.com-Best s6 edge cases [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 350 | Printout from www.androidheadlines.com-Best s6 edge+ cases | | | |

| | | | | |
|---|---|---|---|---|
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 351 | Printout from www.heavy.com-Best iPhone 6s plus wallet cases<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 352 | Printout from www.heavy.com-Best iPhone 6s plus wallet cases-2<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 353 | Printout of search for "damda slide" from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 354 | Printout of similar cases from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 355 | Printout of similar cases from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 356 | Printout from www.igeeksblog.com-Best iPhone wallet cases<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 357 | Printout of Spigen Slim Armor CS + reviews from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 358 | Printout of Versus Damda Slide + reviews from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 359 | Printout of Versus Damda Slide + reviews from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |
| | 360 | Printout of Versus Damda Slide + reviews from www.amazon.com<br>[Exhibit at Seil Dep. on July 1, 2016] | | |

| | | | | |
|---|---|---|---|---|
| 361 | Printout of Spigen Slim Armor CS + reviews from www.amazon.com [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 362 | Printout of Spigen Slim Armor CS + reviews from www.amazon.com [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 363 | Printout of Spigen Slim Armor CS reviews from www.amazon.com [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 364 | Printout of Spigen Slim Armor CS reviews from www.amazon.com [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 365 | Printout of Belkin Car Charger from www.belkin.com [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 366 | Rebuttal Expert Report of Matthew I. Stein, P.E. Regarding "Groove", including exhibits 1-13 (June 29, 2016) [Exhibit at Seil Dep. on July 1, 2016; Dkt. 61] | | | |
| 367 | United States Patent No. 7,594,576 [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 368 | United States Patent No. 8,367,235 [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 369 | United States Patent No. 8,395,894 [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 370 | United States Patent No. 8,550,317 [Exhibit at Seil Dep. on July 1, 2016] | | | |
| 371 | United States Patent Application Publication No. 2013/0334069 | | | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 372 | United States Patent Application Publication No. 2007/0279393 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 373 | United States Patent Application Publication No. 2014/0175135 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 374 | United States Patent Application Publication No. 2014/0268519 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 375 | United States Patent Application Publication No. 2014/0360892 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 376 | United States Patent Application Publication  No. 2007/0102611 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 377 | United States Patent No. 7,140,586 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 378 | United States Patent No. 8,295,770 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 379 | United States Patent Application Publication No. 2014/0084126 [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 380 | Verus Damda Slide for Galaxy Note 4 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 381 | Verus Damda Clip for Galaxy S7 - physical case [Exhibit at Seil Dep. on July 1, 2016] | | |
| | 382 | iSpeaker sales records [Exhibit at Seil Dep. on July 1, 2016; BN-012262] | | |

| | 383 | Verus sales records (undated) [Exhibit at Seil Dep. on July 1, 2016; BN-012268-BN-012270] | | |
|---|---|---|---|---|
| | 384 | iSpeaker/Verus sales records and income statement [Exhibit at Seil Dep. on July 1, 2016; BN007250-BN-007253] | | |
| | 385 | Verus income statement 2015 [Exhibit at Seil Dep. on July 1, 2016; BN-012236-BN-012245] | | |
| | 386 | Damda Slide design drawings [Exhibit at Seil Dep. on July 1, 2016; BN-012047-BN-012109] | | |
| | 400 | Incipio Stowaway Credit Card Case for iPhone 5 - physical case | | |
| | 403 | iSpeaker Financial Statement for 2015 [BN-012260-BN-012261] | | |
| | 404 | iSpeaker Sales Record [BN-012262] | | |
| | 405 | Expert Opinion on Damages by Jules H. Kamin, M.B.A., Ph.D (April 28, 2016) | | |
| | 406 | Exhibits 1-42 to Expert Opinion on Damages by Jules Kamin | | |
| | 407 | Prosecution History of United States Patent No. 9,049,283 [SK-000668-SK-001025] | | |
| | 408 | Provisional application for U.S. Patent No. 9,049,283 [SK-005365-SK-005412] | | |
| | 409 | Defendants' Response to Plaintiff's First Set of Request for Production of Documents and Things | | |

| | | | | |
|---|---|---|---|---|
| | | (January 15, 2016) | | |
| | 410 | Defendant Ispeaker's Response to Plaintiff's First Set of Interrogatories (January 15, 2016) | | |
| | 411 | Defendant Verus's Response to Plaintiff's First Set of Interrogatories (January 15, 2016) | | |
| | 412 | Defendant Ispeaker's First Supplemental Response to Plaintiff's First Set of Interrogatories (March 9, 2016) | | |
| | 413 | Defendant Verus's First Supplemental Response to Plaintiff's First Set of Interrogatories (March 9, 2016) | | |
| | 414 | Defendant Ispeaker's Response to Plaintiff's First Set of Request for Admission (April 22, 2016) | | |
| | 415 | Defendant Verus's Response to Plaintiff's First Set of Request for Admissions (April 22, 2016) | | |
| | 416 | Defendant Verus's Second Supplemental Response to Plaintiff's First Set of Interrogatories (April 26, 2016) | | |
| | 417 | Provisional application for U.S. Patent No. 9,049,283 - with numbers [SK-005365-SK-005412] | | |
| | 418 | Printout from www.macrumors.com thread "Verus vs. Spigen" [SK-005439-SK-005453] | | |
| | 419 | Screenshots from Spigen's Facebook page [SK-005487-SK-005499] | | |
| | 420 | Warning Letter from Patentee of KUM '435 to Spigen [SK-001186-SK-001199] | | |
| | 421 | Dae Young Kim's email response to patentee of KUM 435 [Exhibit at DY Kim Dep. on March 11, 2016 ; SK- | | |

| | | | | |
|---|---|---|---|---|
| | | 005413-SK-005414] | | |
| | 422 | Decision by Central District Court of Seoul, Korea on KUM '435 [SK-001027-SK-001032] | | |
| | 423 | Plaintiff Spigen Korea Co., Ltd.'s Claim Construction Brief [Dkt. 43-13] | | |
| | 424 | Dictionary definitions for various claim terms [SK-005839-SK-006687] | | |
| | 425 | Defendant VERUS U.S.A., LLC'S Reply Brief in Support of its Motion for Sanctions under FED.R.CIV.P. 11 [Dkt. 27] | | |
| | 426 | Declaration of DY Kim [Dkt. 25-4] | | |
| | 427 | Declaration of Heedong Chae [Dkt. 25-2] | | |
| | 428 | Declaration of DY Kim [Dkt. 43-5] | | |
| | 429 | Declaration of Heedong Chae [Dkt. 43-4] | | |
| | 430 | Plaintiff Spigen Korea Co., Ltd.'s Memorandum in Opposition to Defendants Ispeaker and Verus' Motion for Summary Judgment [Dkt. 52] | | |
| | 431 | Defendants Ispeaker and Verus' Opposition to Plaintiff's Motion for Summary Judgment [Dkt. 49] | | |
| | 432 | Plaintiff Spigen Korea Co., Ltd.'s Reply Brief to Defendants Ispeaker and Verus' Opposition to | | |

| | | | | |
|---|---|---|---|---|
| | | Plaintiff's Motion for Summary Judgment [Dkt. 55] | | |
| | 433 | Defendants Ispeaker and Verus' Reply to Plaintiff Spigen's Opposition to Defendants' Motion for Summary Judgment [Dkt. 57] | | |
| | 434 | Rebuttal Expert Report of Matthew I. Stein, P.E. Regarding "Groove", including exhibits 1-13 (June 29, 2016) [Dkt. 61-1; Dkt. 61-2~14] | | |
| | 435 | Printout on Spigen Galaxy S5 Case Slim Armor CS [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 436 | VRS Design Iron Shield Series - Print out from website www.vrsdesign.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 437 | Printout of Verus Damda Slide for iphone 6/6s Plus from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 438 | Printout of Verus Damda Slide for iphone 6/6s Plus from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 439 | Verus Damda Slide for Galaxy S6 (red) - Physical case [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 440 | Printout of Verus Damda Slide for iphone 6/6s Plus from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 441 | Printout of Verus Damda Slide for Galaxy Note 4 from website www.amazon.com | | |

| | | | | |
|---|---|---|---|---|
| | | [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 442 | Verus Damda Slide for Galaxy Note 5 (Red) - Physical case [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 443 | Printout of Verus Damda Slide for Galaxy Note 5 from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 444 | Printout of Verus Damda Slide for Galaxy S6 Edge from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 445 | Verus Damda Slide for Galaxy S6 Edge Plus (Satin Silver) - Physical Case [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 446 | Printout of Verus Damda Slide for Galaxy S6 Edge Plus from website www.amazon.com [Exhibit at Yu Dep. on March 22, 2016] | | |
| | 447 | Verus U.S.A. LLC's 2014 Profit or Loss Statement from Business [Exhibit at Yu Dep. on March 22, 2016; BN-007252-BN-007253] | | |
| | 448 | Organizational Structure of Verus USA LLC [Exhibit at Yu Dep. on March 22, 2016; BN-012205-BN-012206] | | |
| | 449 | Korean Export Documents dated October 31, 2014 [Exhibit at Yu Dep. on March 22, 2016; BN-000544-BN000546] | | |
| | 450 | Korean Export Documents dated January 7, 2016 [Exhibit at Yu Dep. on March 22, 2016; BN-001167-BN-001169] | | |

| | 451 | Ispeaker Commercial Invoice and Shipping Documents Dated September 1, 2014 [Exhibit at Yu Dep. on March 22, 2016; BN-001263-BN-001267] | | |
|---|---|---|---|---|
| | 452 | Ispeaker Commercial Invoice and Shipping Documents Dated August 29, 2014 to September 2, 2014 [Exhibit at Yu Dep. on March 22, 2016; BN-001243-BN-001257] | | |
| | 453 | Ispeaker Commercial Invoice and Shipping Documents Dated June 5, 2015 to June 12, 2015 [Exhibit at Yu Dep. on March 22, 2016; BN-004057-BN-004100] | | |
| | 454 | Patent Marking on physical product Spigen Slim Armor CS [SK-001185] | | |
| | 455 | Patent Marking related documents and emails [SK-000001-SK000010] | | |
| | 456 | Patent Marking on Internet for Spigen Slim Armor CS [SK-005262-SK-005362] | | |
| | 457 | Ispeak[er] Design Related Documents [SK-012047-SK-012109] | | |
| | 458 | Spigen Korea's Annual Report 2015 [SK-005004-SK-005203] | | |
| | 459 | Invalidity Claim Chart, Exhibit 3 to Defendants' Motion for Sanctions [Dkt. 21-8] | | |
| | 460 | Invalidity Chart for KUM 435, Exhibit 32 to | | |

| | | | | |
|---|---|---|---|---|
| | | Defendants' Motion for Summary Judgment [Dkt. 41-37] | | |
| | 461 | Exhibit List, Exhibit 3 to Defendants' Motion for Summary Judgment [Dkt. 41-3] | | |
| | 462 | Excerpts from the video of the deposition of Oliver Seil (July 1, 2016) | | |
| | 463 | Presentation on Infringement | | |
| | 464 | Presentation on Validity | | |
| | 465 | Presentation on "Groove" | | |
| | 466 | Presentation on No Inequitable Conduct | | |
| | 467 - 500 | Reserved | | |
| | 501 | U.S. Patent 9,049,283; Patent in Suit [Defendants' Exhibit 1 to Ds' MSJ; Dkt 41-4] | | |
| | 502 | Provisional U.S. Patent Application of U.S. Patent 9,049,283; Patent in Suit [Defendants' Exhibit 2A & 2B to Ds' MSJ; Dkt 41-5 and Dkt 41-6] | | |
| | 503 | File History of U.S. Patent 9,049,283; Patent in Suit [Defendants' Exhibit 3 to Ds' MSJ; Dkt 41-7] | | |
| | 504 | U.S. Patent 8,047,364; Longinotti-Buitoni Patent [Defendants' Exhibit 4 to Ds' MSJ; Dkt 41-8] | | |
| | 505 | U.S. Patent 8,439,191; Lu Patent [Defendants' Exhibit 5 to Ds' MSJ; Dkt 41-9] | | |
| | 506 | U.S. Patent 8,833,379; Kaplan Patent [Defendants' Exhibit 6 to Ds' MSJ; Dkt 41-10] | | |
| | 507 | U.S. Patent App. Publication 2010/0230301; Fellig Publication | | |

| | | | | |
|---|---|---|---|---|
| | | [Defendants' Exhibit 7 to Ds' MSJ; Dkt 41-11] | | |
| | 508 | U.S. Patent App. Publication 2011/0294556; Carlberg Publication [Defendants' Exhibit 8 to Ds' MSJ; Dkt 41-12] | | |
| | 509 | U.S. Patent App. Publication 2012/0021810; Terry Publication [Defendants' Exhibit 9 to Ds' MSJ; Dkt 41-13] | | |
| | 510 | U.S. Patent App. Publication 2012/0067751; Mongan Publication [Defendants' Exhibit 10 to Ds' MSJ; Dkt 41-14] | | |
| | 511 | U.S. Patent App. Publication 2012/0244918; Hall Publication [Defendants' Exhibit 11 to Ds' MSJ; Dkt 41-15] | | |
| | 512 | U.S. Patent App. Publication 2103/0095898; Altschul Publication [Defendants' Exhibit 12 to Ds' MSJ; Dkt 41-16] | | |
| | 513 | U.S. Patent App. Publication 2013/0157730; McCormac Publication [Defendants' Exhibit 13 to Ds' MSJ; Dkt 41-17] | | |
| | 514 | U.S. Patent App. Publication 2014/0034531; Wang Publication [Defendants' Exhibit 14 to Ds' MSJ; Dkt 41-18] | | |
| | 515 | U.S. Patent App. Publication 2014/0051488; Chung Publication  [Defendants' Exhibit 15 to Ds' MSJ; Dkt 41-19] | | |
| | 516 | U.S. Patent App. Publication 2014/006142; Gipson Publication [Defendants' Exhibit 16 to Ds' MSJ; Dkt 41-20] | | |
| | 517 | Spigen's List of Accused Products | | |

| | | | | |
|---|---|---|---|---|
| 1 | | [Defendants' Exhibit 17 to Ds' MSJ; Dkt 41-21] | | |
| 2 3 | 519 | Verus Damda Gal S6 (accused device)<br>[Defendants' Exhibit 19 to Ds' MSJ; Dkt 41-23] | | |
| 4 5 | 520 | Verus Damda Gal S6 Edge (accused device)<br>[Defendants' Exhibit 20 to Ds' MSJ; Dkt 41-24] | | |
| 6 7 | 521 | Verus Damda Gal Note 4 (accused device)<br> [Defendants' Exhibit 21 to Ds' MSJ; Dkt 41-25] | | |
| 8 9 | 522 | Verus Damda Gal S6 Edge Plus (accused device)<br>[Defendants' Exhibit 22 to Ds' MSJ; Dkt 41-26] | | |
| 10 11 | 523 | Verus Damda Gal Note 5 (accused device)<br> [Defendants' Exhibit 23 to Ds' MSJ; Dkt 41-27] | | |
| 12 13 | 524 | Verus Damda iPhone 6-6s (accused device)<br>[Defendants' Exhibit 24 to Ds' MSJ; Dkt 41-28] | | |
| 14 15 | 525 | Verus Damda iPhone 6P-6sP (accused device)<br>[Defendants' Exhibit 25 to Ds' MSJ; Dkt 41-29] | | |
| 16 17 | 526 | Verus Damda iPhone 6P (accused device)<br>[Defendants' Exhibit 26 to Ds' MSJ; Dkt 41-30] | | |
| 18 19 | 527 | Verus Damda iPhone 6P-6sP (accused device)<br>[Defendants' Exhibit 27 to Ds' MSJ; Dkt 41-31] | | |
| 20 21 22 | 528 | Dictionary Definitions of 'Groove', multiple sources<br>[Defendants' Exhibit 28A & 28B to Ds' MSJ; Dkt 41-32 and Dkt 41-33] | | |
| 23 24 | 529 | Accused Products Showing No Grooves<br>[Defendants' Exhibit 29 to Ds' MSJ; Dkt 41-34] | | |
| 25 26 | 530 | KUM 435 (CH Park's KUM 20-0,472,435)<br>[Defendants' Exhibit 30 to Ds' MSJ; Dkt 41-35] | | |
| 27 28 | 531 | KUM 435 English Translation  (CH Park's KUM 20-0,472,435)<br>[Defendants' Exhibit 31 to Ds' MSJ; Dkt 41-36] | | |

| | 532 | KUM 435 Invalidity Chart (Cl 1 & 16) <br><br> [Defendants' Exhibit 32 to Ds' MSJ; Dkt 41-37] | | |
|---|---|---|---|---|
| | 533 | Spigen Slim Armor (prior art device) <br><br> [DY Kim's Deposition - Verus Exhibit DYK-3; <br><br> Defendants' Exhibit 33 to Ds' MSJ; Dkt 41-38] | | |
| | 535 | Mongan Invalidity Chart <br><br> [Defendants' Exhibit 35 to Ds' MSJ; Dkt 41-40] | | |
| | 536 | U.S. Patent 8245842; Bau Patent <br><br> [Defendants' Exhibit 36 to Ds' MSJ; Dkt 41-41] | | |
| | 537 | Bau Invalidity Chart <br><br> [Defendants' Exhibit 37 to Ds' MSJ; Dkt 41-42] | | |
| | 538 | Incipio Stowaway Credit Card Case (prior art device) <br><br> [DY Kim's Deposition - Verus Exhibit DYK-8; <br><br> Defendants' Exhibit 38 to Ds' MSJ; Dkt 41-43] | | |
| | 539 | Otter Box Commuter Series Wallet (prior art device) <br><br> [DY Kim's Deposition - Verus Exhibit DYK-9; <br><br> Defendants' Exhibit 39 to Ds' MSJ; Dkt 41-44] | | |
| | 540 | Invalidity Chart (All Alleged Claims) <br><br> [Defendants' Exhibit 40 to Ds' MSJ; Dkt 41-45] | | |
| | 541 | Declaration of Jay Yu in Support of Defendants' MSJ <br><br> [Defendants' Exhibit 41 to Ds' MSJ; Dkt 41-46] | | |
| | 542 | Design Skin 1; Slider for iPhone 5/5s <br><br> [DY Kim's Deposition - Verus Exhibit DYK-10; <br><br> Defendants' Exhibit 42 to Ds' MSJ; Dkt 41-47] | | |
| | 543 | Design Skin 2; Slider for Galaxy Note3 <br><br> [DY Kim's Deposition - Verus Exhibit DYK-11; <br><br> Defendants' Exhibit 43 to Ds' MSJ; Dkt 41-48] | | |
| | 544 | Verus Damda Clip (prior art device) <br><br> [MW Lee's Deposition - Verus Exhibit MWL-2; | | |

| | | | | |
|---|---|---|---|---|
| | | Defendants' Exhibit 44 to Ds' MSJ; Dkt 41-49] | | |
| | 545 | Declaration of Oliver Seil in Support of Defendants' MSJ [Defendants' Exhibit 45 to Ds' MSJ; Dkt 41-50] | | |
| | 546 | Declaration of John K Park in Support of Defendants' MSJ [Defendants' Exhibit 46 to Ds' MSJ; Dkt 41-51] | | |
| | 547 | Deposition of Dae Young Kim, pages 11, 14-15 [Defendants' Exhibit 47 to Ds' MSJ; Dkt 41-52] | | |
| | 548 | Spigen's FRA Response [Defendants' Exhibit 48 to Ds' MSJ; Dkt 41-53] | | |
| | 549 | Spigen's Slim Armor CS for Galaxy S5 (Made according to the '283 pat) [Defendants' Exhibit 49 to Ds' MSJ; Dkt 41-54] | | |
| | 550 | Spigen's Supplemental Response to Defendants' Interrogatories [Defendants' Exhibit 50 to Ds' MSJ; Dkt 41-55] | | |
| | 551 | Supplemental Expert Report by Oliver Seil [Defendants' Exhibit 51 to Ds' MSJ; Dkt 41-56] | | |
| | 552 | Defendant Verus' Second Revised Non-Infringement Contentions [Defendants' Exhibit 52 to Opposition to P's MSJ; Dkt 49-1] | | |
| | 553 | Deposition Transcript of Jay Yu, pages 1-3, 51-52 [Defendants' Exhibit 53 to Ds' Oppostion to P's MSJ; Dkt 49-2] | | |
| | 554 | Deposition Transcript of Dae Young Kim, pp 1-2, 13-14, 96-99 [Defendants' Exhibit 54 to Ds' Oppostion to P's MSJ; Dkt 49-3] | | |
| | 555 | Second Declaration of Oliver Seil in Support of | | |

| | | | | |
|---|---|---|---|---|
| | | Defendants' MSJ and in Support of Defendants' Opposition Against the Plaintiff's MSJ [Defendants' Exhibit 55 to Ds' Opposition to P's MSJ; Dkt 49-4] | | |
| | 556 | Spigen's Cease &Desist Letter, Dated 07.01.2015 [Defendants' Exhibit 56 to Ds' Opposition to P's MSJ; Dkt 49-5] | | |
| | 557 | Verus' Response Letter, Dated 07.14.2015, to Spigen's C&D Letter [Defendants' Exhibit 57 to Ds' Opposition to P's MSJ; Dtk 49-6] | | |
| | 558 | Spigen's Reply Letter, Dated 07.20.2015, to Verus' Response [Defendants' Exhibit 58 to Ds' Opposition to P's MSJ; DKt 49-7] | | |
| | 559 | Verus' Notice re Rule 11 Sanction, Dated 08.28.2015 [Defendants' Exhibit 59 to Ds' Opposition to P's MSJ; Dkt 49-8] | | |
| | 560 | Spigen's Cease &Desist Letter to Amazon, Dated 07.21.2015 [Defendants' Exhibit 60 to Ds' Opposition to P's MSJ; Dkt 49-9] | | |
| | 561 | Invalidity Claim Chart for Rule 11 Sanction [Defendants' Exhibit 61 to Ds' Opposition to P's MSJ; Dkt 49-10] | | |
| | 562 | Cease &Desist Letter from Design Skin (Mr. Park) to Spigen [Defendants' Exhibit 62 to Ds' Opposition to P's MSJ; Dkt 49-11] | | |

| | 563 | Spigen's Reply Letter to Design Skin (Mr. Park) [Defendants' Exhibit 63  to Ds' Opposition to P's MSJ; Dkt 49-12] | | |
|---|---|---|---|---|
| | 564 | Verus' Cited Prior Art Summary for Rule 11 Motion [Defendants' Exhibit 64  to Ds' Opposition to P's MSJ]; Dkt 49-13 | | |
| | 565 | Plaintiff Spigen Korea Co., Ltd.'s Second Supplemental Disclosure Of Asserted Claims And Infringement Contentions [Defendants' Exhibit 65  to Ds' Opposition to P's MSJ; Dkt 49-14] | | |
| | 566 | Declaration of Oliver Seil in Support of Defendants' Reply Memo on Ds' MSJ; Dkt 57-1] | | |
| | 567 | Deposition Transcript of Young Suk Chung | | |
| | 568 | Deposition Transcript of Dae Jin No | | |
| | 569 | Deposition Transcript of Jules Kamin | | |
| | 570 | Deposition Transcript of Matthew I. Stein | | |
| | 571 | Deposition Transcript of Min Wook Lee | | |
| | 572 | Deposition Transcript of Oliver Seil | | |
| | 573 | Deposition Transcript of Jay Yu | | |
| | 574 | Spigen's Slim Armor CS for iPhone 6s Plus/6 Plus (Made according to the '283 pat – the Newer Version) | | |
| | 575 | Patent Marking Documents, Plaintiff's Bates No's. 000001 – 000010 [Marked Confidential by Plaintiff] | | |
| | 576* | Defendants Ispeak[er] & Verus' Rebuttal to the Plaintiff's Markman Presentation, dated July 13, 2016 | | |
| | 577 | Defendants' Updated Sales Record (to be produced near trial) | | |

| | | | |
|---|---|---|---|
| 578* | United States Patent No. 7,594,576 | | |
| 579* | United States Patent No. 8,367,235 | | |
| 580* | United States Patent No. 8,395,894 | | |
| 581* | United States Patent No. 8,550,317 | | |
| 582* | United States Patent Application Publication No. 2013/0334069 | | |
| 583* | United States Patent Application Publication No. 2007/0279393 | | |
| 584* | United States Patent Application Publication No. 2014/0175135 | | |
| 585* | United States Patent Application Publication No. 2014/0268519 | | |
| 586* | United States Patent Application Publication No. 2014/0360892 | | |
| 587* | United States Patent Application Publication  No. 2007/0102611 | | |
| 588* | United States Patent No. 7,140,586 | | |
| 589* | United States Patent No. 8,295,770 | | |
| 590* | United States Patent Application Publication No. 2014/0084126 | | |
| 591 | Ispeak[er] Design Related Documents (Ds' Bates No. 12047-12109) [Highly Confidential - Attorneys' Eyes Only] | | |
| 592 | Ispeak[er] Design Related Documents (Ds' Bates No. 12207-12210) [Highly Confidential - Attorneys' Eyes Only] | | |
| 593 | Ispeak[er] and Verus Responsibility Chart (Ds' Bates No. 12045-12046) [Highly Confidential - Attorneys' | | |

| | | | | |
|---|---|---|---|---|
| | | Eyes Only] | | |
| | 594 | Financial Report of Spigen, No. 7, Between Jan. 1, 2015 and Dec. 31, 2015, Dated March 3, 2016 (P's Bates No. SK005004-5203) | | |
| | 595 | Plaintiff Spigen Korea Co., Ltd.'s Second Supplemental Responses to Defendants' First Set of Interrogatories | | |
| | 596 | Plaintiff Spigen Korea co., Ltd.'s Responses to Defendants' First Set of Interrogatories | | |
| | 597 | Defendants Ispeak[er] Co., Ltd. and Verus U.S.A., LLC's First Set of Requests for Admission to Plaintiff Spigen Korea Co., Ltd. | | |
| | 598 | Defendants Ispeak[er] Co., Ltd. and Verus U.S.A., LLC's First Set of Interrogatories to Plaintiff Spigen Korea Co., Ltd. | | |
| | 599 | Defendants Ispeak[er] Co., Ltd. and Verus U.S.A., LLC's First Set of Request for Production of Documents to Plaintiff Spigen Korea Co., Ltd. | | |
| | 600 | The Patent Process: An Overview for Jurors, Federal Judiciary Channel, published on Nov. 22, 2013. (Video) | | |
| | 601 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat 8047364 | | |
| | 602 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat 8439191 | | |
| | 603 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat 8833379 | | |
| | 604 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2010/0230301 | | |

| | | | |
|---|---|---|---|
| 605 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2011/0294556 | | |
| 606 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2012/0021810 | | |
| 607 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2012/0067751 | | |
| 608 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2012/0244918 | | |
| 609 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2013/0095898 | | |
| 610 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2013/0157730 | | |
| 611 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2014/0034531 | | |
| 612 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2014/0051488 | | |
| 613 | Summary Chart(s) on why KUM 435 is not cumulative vs. US. Pat Pub 2014/0066142 | | |
| 614 | Summary Chart(s) of Obviousness of Claim 1 of the '283 Patent | | |
| 615 | Summary Chart(s) of Obviousness of Claim 2 of the '283 Patent | | |
| 616 | Summary Chart(s) of Obviousness of Claim 3 of the '283 Patent | | |
| 617 | Summary Chart(s) of Obviousness of Claim 4 of the '283 Patent | | |
| 618 | Summary Chart(s) of Obviousness of Claim 5 of the '283 Patent | | |
| 619 | Summary Chart(s) of Obviousness of Claim 6 of the | | |

| | | | | |
|---|---|---|---|---|
| | | '283 Patent | | |
| | 620 | Summary Chart(s) of Obviousness of Claim 7 of the '283 Patent | | |
| | 621 | Summary Chart(s) of Obviousness of Claim 8 of the '283 Patent | | |
| | 622 | Summary Chart(s) of Obviousness of Claim 9 of the '283 Patent | | |
| | 623 | Summary Chart(s) of Obviousness of Claim 10 of the '283 Patent | | |
| | 624 | Summary Chart(s) of Obviousness of Claim 11 of the '283 Patent | | |
| | 625 | Summary Chart(s) of Obviousness of Claim 12 of the '283 Patent | | |
| | 626 | Summary Chart(s) of Obviousness of Claim 13 of the '283 Patent | | |
| | 627 | Summary Chart(s) of Obviousness of Claim 14 of the '283 Patent | | |
| | 628 | Summary Chart(s) of Obviousness of Claim 15 of the '283 Patent | | |
| | 629 | Summary Chart(s) of Obviousness of Claim 16 of the '283 Patent | | |
| | 630 | Summary Chart(s) of Obviousness of Claim 17 of the '283 Patent | | |
| | 631 | Summary Chart(s) of Obviousness of Claim 18 of the '283 Patent | | |
| | 632 | Summary Chart(s) of Obviousness of Claim 19 of the '283 Patent | | |
| | 633 | Summary Chart(s) of Obviousness of Claim 20 of the '283 Patent | | |

| | | | | |
|---|---|---|---|---|
| 634 | Summary Chart(s) of Obviousness of Claim 21 of the '283 Patent | | | |
| 635 | Summary Chart(s) of Obviousness of Claim 22 of the '283 Patent | | | |
| 636 | Summary Chart(s) of Obviouseness of Claim 1 in view of KUM '435 | | | |
| 637 | Summary Chart(s) of Obviouseness of Claim 16 in view of KUM '435 | | | |
| 638 | Summary Chart(s) of Obviouseness of Claim 1 in view of KUM '435 + Spigen 1 | | | |
| 639 | Summary Chart(s) of Obviouseness of Claim 16 in view of KUM '435 + Spigen 1 | | | |
| 640 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 641 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 642 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 643 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 644 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 645 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 646 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 647 | Summary Chart(s) of Obviouseness of Claims in view of KUM '435 & Other Prior Art | | | |
| 648 | Summary Chart(s) of Obviouseness of Claims in | | | |

| | | | | |
|---|---|---|---|---|
| | | view of KUM '435 & Other Prior Art | | |
| | 649 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 650 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 651 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 652 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 653 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 654 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 655 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 656 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 657 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 658 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 659 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 660 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 661 | Summary Chart(s) of Obviousness of Claims in view Combinations of Prior Art | | |
| | 662 | Summary Chart(s) of Non-Infringement of Claim 1 of the '283 Patent | | |

| | | | | |
|---|---|---|---|---|
| 663 | Summary Chart(s) of Non-Infringement of Claim 2 of the '283 Patent | | | |
| 666 | Summary Chart(s) of Non-Infringement of Claim 5 of the '283 Patent | | | |
| 667 | Summary Chart(s) of Non-Infringement of Claim 6 of the '283 Patent | | | |
| 668 | Summary Chart(s) of Non-Infringement of Claim 7 of the '283 Patent | | | |
| 669 | Summary Chart(s) of Non-Infringement of Claim 8 of the '283 Patent | | | |
| 670 | Summary Chart(s) of Non-Infringement of Claim 9 of the '283 Patent | | | |
| 671 | Summary Chart(s) of Non-Infringement of Claim 10 of the '283 Patent | | | |
| 672 | Summary Chart(s) of Non-Infringement of Claim 11 of the '283 Patent | | | |
| 673 | Summary Chart(s) of Non-Infringement of Claim 12 of the '283 Patent | | | |
| 674 | Summary Chart(s) of Non-Infringement of Claim 13 of the '283 Patent | | | |
| 675 | Summary Chart(s) of Non-Infringement of Claim 14 of the '283 Patent | | | |
| 676 | Summary Chart(s) of Non-Infringement of Claim 15 of the '283 Patent | | | |
| 677 | Summary Chart(s) of Non-Infringement of Claim 16 of the '283 Patent | | | |
| 678 | Summary Chart(s) of Non-Infringement of Claim 17 of the '283 Patent | | | |
| 679 | Summary Chart(s) of Non-Infringement of Claim 18 | | | |

| | | | | |
|---|---|---|---|---|
| | | of the '283 Patent | | |
| | 680 | Summary Chart(s) of Non-Infringement of Claim 19 of the '283 Patent | | |
| | 681 | Summary Chart(s) of Non-Infringement of Claim 20 of the '283 Patent | | |
| | 682 | Summary Chart(s) of Non-Infringement of Claim 21 of the '283 Patent | | |
| | 683 | Summary Chart(s) of Non-Infringement of Combined Claims of the '283 Patent | | |
| | 684 | Summary Chart(s) of Non-Infringement of Claim 22 of the '283 Patent | | |
| | 685 | Summary Chart(s) of Obviousness of Claim 1 in view of KUM '435 + Spigen 1 | | |
| | 686 | Summary Chart(s) of Obviousness of Claim 16 in view of KUM '435 + Spigen 1 | | |
| | 687 | Summary Chart(s) of Obviousness of Claims in view of KUM '435 & Other Prior Art | | |
| | 688 | Summary Chart(s) of Facts for Inequitable Conduct | | |
| | 689 | Chart showing No Grooves | | |
| | 690 | Chart showing Step Structures/Stairs | | |
| | 691 | Chart showing Cross-Sectional View of the Accused Prodcuts (as shown on Page 5 or Page 9 of the Plaintiff Spigen Korea Co., Ltd.'s Memo in Opposition to Defendants' MSJ) | | |
| | 692 | United States Pat. Publication 2011/0036876, by Fathollahi | | |
| | 693 | United States Pat. Publication 2012/0037524, by Lonsdale, II | | |
| | 694 | United States Patent USD706254, by Chang | | |

| | | | | |
|---|---|---|---|---|
| 695 | Dictionary Definitions of "channel" in the court's construction of "groove." | | |
| 696 | Dictionary Definitions of "hollow" in the court's construction of "groove." | | |
| 697 | Dictionary Definitions of "indentation" in the court's construction of "groove." | | |
| 698 | Exhibit(s) of the court's construction of "sliding means" in the claims | | |
| 699 | Exhibit(s) of the court's construction of "groove" in the claims | | |
| 700 | Exhibit(s) of the relevant portions of 37 CFR 1.98 (Content of Information Disclosure Statement) | | |
| 701 | Exhibit(s) of the relevant portions of TMEP Section 609 (Information Disclosure Statement) | | |
| 702 | Exhibit(s) of the relevant portions of 37 CFR 1.56 (Duty to Disclose Information Material to Patentability) | | |
| 703 | Exhibit(s) of the relevant portions of MPEP 2001 (Duty of Diclosure, Candor, and Good Faith) | | |
| 704 | Exhibit(s) of the relevant portions of MPEP 2001.01 (Who Has Duty to Disclose) | | |
| 705 | Chart of Claim 1 of the '283 Patent | | |
| 706 | Chart of Claim 2 of the '283 Patent | | |
| 707 | Chart of Claim 3 of the '283 Patent | | |
| 708 | Chart of Claim 4 of the '283 Patent | | |
| 709 | Chart of Claim 5 of the '283 Patent | | |
| 710 | Chart of Claim 6 of the '283 Patent | | |
| 711 | Chart of Claim 7 of the '283 Patent | | |

| | | | |
|---|---|---|---|
| 712 | Chart of Claim 8 of the '283 Patent | | |
| 713 | Chart of Claim 9 of the '283 Patent | | |
| 714 | Chart of Claim 10 of the '283 Patent | | |
| 715 | Chart of Claim 11 of the '283 Patent | | |
| 716 | Chart of Claim 12 of the '283 Patent | | |
| 717 | Chart of Claim 13 of the '283 Patent | | |
| 718 | Chart of Claim 14 of the '283 Patent | | |
| 719 | Chart of Claim 15 of the '283 Patent | | |
| 720 | Chart of Claim 16 of the '283 Patent | | |
| 721 | Chart of Claim 17 of the '283 Patent | | |
| 722 | Chart of Claim 18 of the '283 Patent | | |
| 723 | Chart of Claim 19 of the '283 Patent | | |
| 724 | Chart of Claim 20 of the '283 Patent | | |
| 725 | Chart of Claim 21 of the '283 Patent | | |
| 726 | Chart of Claim 22 of the '283 Patent | | |
| 727 | Chart of Cross Sectional View(s) of Accused Product | | |
| 728 - 800 | Reserved | | |

* may offer if the need arises.

1

2

3

4   Dated: July 25, 2016

5

6

7

8

9   Dated: July 25, 2016

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

EAST WEST LAW GROUP

By:   /s/ Heedong Chae
        Heedong Chae, Esq.
        Richard Kim, Esq.
        Michael C. Hewitt, Esq.
        Attorneys for Plaintiff,
        SPIGEN KOREA CO., LTD.

PARK LAW FIRM

By:   /s/ Mark L. Sutton
        Mark L. Sutton
        John K. Park
        Attorneys for Defendants,
        ISPEAK[ER] CO., LTD.
        VERUS U.S.A., LLC