Heedong Chae (SBN 263237)
Email: hdchae@ewpat.com
Richard Kim (SBN 272184)
Email: rkim@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., Suite 702
Telephone: (213) 387-3630
Facsimile: (213) 788-3365

Michael C. Hewitt (SBN 148678)
**Law Offices of Michael C. Hewitt**
2082 Michelson Drive, Suite 300
Telephone: (949) 825-5260
Facsimile: (949) 825-5261

*Attorneys for Plaintiff,*
*Spigen Korea Co., LTD.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAK[ER] CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No.: 8:15-cv-01050 DOC (DFMx)<br>Assigned to Hon. David O. Carter<br><br>**WITNESS LIST BY PLAINTIFF SPIGEN KOREA CO., LTD.**<br><br>**Trial Date:**<br>Date:      September 6, 2016<br>Time:      8:30 a.m.<br>Dept:       9D<br>Location:  411 West Fourth Street, Santa Ana, CA 92701 |

VERUS U.S.A., LLC, a California limited liability company,

                Counter-Plaintiff,

                v.

SPIGEN KOREA CO., LTD., a Republic of Korea corporation,

                Counter-Defendant.

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A) and (b), and Local Rule 16-5, Plaintiff and Counter Defendant Spigen Korea Co., Ltd. (hereinafter, "Spigen") identifies the following witnesses whom Spigen expects to call to testify at trial. Pursuant to Local Rule 16-5, witnesses marked with an asterisk (*) may be called only if the need arises.

1. Dae-Young Kim
2. Min Wook Lee
3. Chul Kyu Choi
4. Matthew I. Stein, P.E.
5. Jules H. Kamin, M.B.A., Ph.D.
6. Sang Jun*
7. Sylvia Shim*
8. Jaden Song*
9. Young Suk Chung
10. Dae Jin No
11. Jay Yu
12. Oliver Seil*

1
2  Dated: July 25, 2016                EAST WEST LAW GROUP
3
                                       By:   /s/ heedong chae
4                                            Michael C. Hewitt, Esq.
5                                            Heedong Chae, Esq.
                                             Richard Kim, Esq.
6                                            Attorneys for Plaintiff,
7                                            SPIGEN KOREA CO., LTD.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28