**JOHN K. PARK, ESQ. (SBN 175212)**
**MARK L. SUTTON, ESQ. (SBN 120255)**
**park@parklaw.com**
 **3255 Wilshire Blvd., Suite 1110**
**Los Angeles, California 90010**
**Telephone: (213) 389-3777**
**Facsimile: (213) 389-3377**
Attorneys for Defendant,
ISPEAK[ER] CO., LTD
Verus U.S.A., LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation, | CASE NO.: 8:15-CV-01050 DOC (DFMx) |
| Plaintiff | NOTICE OF LIST OF WITNESSES, EXPERTS AND COUNSEL FOR DEFENDANTS ISPEAK[ER] CO., LTD. AND VERUS U.S.A., LLC., AND FOR COUNTER-PLAINTIFF VERUS U.S.A., LLC. |
| v. | |
| ISPEAK CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company ; and DOES 1 through 10, inclusive, | The Honorable David O. Carter |
| Defendants | Dept:    9D |
| VERUS U.S.A., LLC, a California limited liability company, | Trial Date: Sep. 6, 2016 at 08:30 a.m. |
| Counter-Plaintiff | |
| v. | |
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation, | |
| Counter-Defendant | |

TO:  THE HONORABLE DAVID  O. CARTER, JUDGE, ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE:

Pursuant to Local Rule 16-5, Defendants ISPEAK[ER] CO., LTD. and VERUS
U.S.A., LLC., and Counter-Plaintiff VERUS U.S.A., LLC. give notice and submit
the list of their fact witnesses and expert witnesses.  In addition, Defendants give
notice and submit the list of their expert witness and the list of their counsel.

Fact Witnesses

| Name | Address | Telephone |
| --- | --- | --- |
| Young Suk Chang | Via Defendants' Attorney | Via Defendants' Attorney |
| Dae Jin No (Dae Ji No) | Via Defendants' Attorney | Via Defendants' Attorney |
| Jay Yu | Via Defendants' Attorney | Via Defendants' Attorney |
| Jason Lee* | Via Defendants' Attorney | Via Defendants' Attorney |
| Gye Gyung Park* | Via Defendants' Attorney | Via Defendants' Attorney |
| Dae Young Kim | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Min Wook Lee | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Chul Kyu Choi* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Sang Jun* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Sylvia Shim* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Jaden Song* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |

* expect to offer only if need arises.

Expert Witnesses

| Name | Address | Telephone |
|---|---|---|
| Oliver Seil | Via Defendants' Attorney | Via Defendants' Attorney |
| Matthew I. Stein, P.E.* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |
| Jules H. Kamin, PhD* | Via Plaintiff's Attorney | Via Plaintiff's Attorney |

* expect to offer only if need arises.

Defendants' and Counter-Plaintiff Counsel

| John K. Park [175212] | David S. Poole [94690] |
|---|---|
| Mark L. Sutton [120255] | Poole & Shaffery, LLP |
| Park Law Firm | 400 S. Hope St., Suite 1100 |
| 3255 Wilshire Blvd., Suite 1110 | Los Angeles, CA 90071 |
| Los Angeles, CA 90010 | Tel: 213-439-5390 |
| Tel: 213-389-3777 | Fax: 213-439-0183 |
| Fax: 213-389-3377 | dpoole@poolshaffery.com |
| park@parklaw.com | |
| mlsutton@parklaw.com | |

Dated:  July 25, 2016                    PARK LAW FIRM


                          By:  /s/ John K. Park/
                               John K. Park
                               Mark L. Sutton
                               Attorneys for Defendant/Counterclaimant
                               VERUS U.S.A. LLC

- 3 -

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 3255 Wilshire Blvd., Suite 1110, Los Angeles, California  90010.

On July 25, 2016, I caused the foregoing document(s) described as LIST OF WITNESSES, EXPERTS AND COUNSEL FOR DEFENDANTS ISPEAK[ER] CO., LTD. AND VERUS U.S.A., LLC., AND FOR COUNTER-PLAINTIFF VERUS U.S.A., LLC. to be served on the parties in this action, as follows:

Mr. Heedong Chae, Esq.
EastWest Law Group
3600 Wilshire Blvd., Suite 702
Los Angeles, CA 90010
hdchae@ewpat.com

(    ) (BY PERSONAL DELIVERY)  I am readily familiar with the business practice of my place of employment in respect to personal service.  The foregoing sealed envelope was personally delivered to the above address.

( X ) (BY U.S. MAIL)  I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondences, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully paid at Los Angeles, CA, in the ordinary course of business.

(    )  (BY EMAIL)  I served a true and correct copy by email to the email address shown above per prior agreement between the parties.

( X ) (BY EM/ECF)  It is believed that EM/ECF will automatically generate the court filed version of this document immediately at the time of filing and serve the above named parties.

( X ) (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____July 25, 2016_____          By: __/s/John K. Park_____
                                                                      John K Park

- 4 -