# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 15-1050-DOC (DFMx) |
| Date | November 8, 2016 |
| Title: | SPIGEN KOREA CO. LTD. V ISPEAK CO. LTD., ET AL |

Present: The Honorable **DAVID O. CARTER**

| Deborah Goltz | Debbie Gale; CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Michael C. Hewitt | John Park |
| Heedong Chae | David S. Poole |
| Karen Y. Kim | Mark L. Sutton |
| Richard Kim | |

____  Day Court Trial     1st  Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

X   Opening statements made by   Plaintiff and Defendant

X   Witnesses called, sworn and testified.    X  Exhibits Identified    ____ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    Briefs to be filed by ____

____ Motion to dismiss by ____ is    ____ granted.    ____ denied.    ____ submitted.

X   Motion for mistrial by   Defendant   is   X granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by ____ is    ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

X   Counsel to appear with clients present on   November 9, 2016 at 8:00 a.m.

____ Other:   Witness Dae-Young Kim, called sworn and testified.  Korean Interpreter Paul Yi present.

4 : 55

Initials of Deputy Clerk  djg

cc: